UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA CACHO,**

      **Plaintiff,**

v.                                              Case No.  6:23-cv-737-CEM-EJK

**USHEALTH ADVISORS, LLC and
USHEALTH GROUP, INC,**

      **Defendants.**

                                  /

**ORDER**

    THIS CAUSE is before the Court on Defendant USHealth Group, Inc.'s Motion to Dismiss (Doc. 45). The United States Magistrate Judge issued a Report and Recommendation (Doc. 54), recommending that the Motion be denied.

    After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 54) is **ADOPTED** and made a part of this Order.

2. The Motion to Dismiss (Doc. 45) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2024.



Copies furnished to:

Counsel of Record
Unrepresented Party