UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA CACHO, a Florida Resident

    Plaintiff,

v.                                             Case No: 6:23-cv-737-CEM-UAM

USHEALTH ADVISORS, LLC and
USHEALTH GROUP, INC,

    Defendants.

## ORDER

Defendants have filed three-time sensitive motions seeking protective orders related to depositions set by Plaintiff for January 23, 24, 27, 28, 29, 30, and 31, 2025. (Docs. 81, 82, 83). In order for the Court to resolve these motions in advance of the scheduled depositions, Plaintiff shall file responses on or before **January 20, 2025**.

**DONE** and **ORDERED** in Ocala, Florida on January 16, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties