# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| **JOSHUA CACHO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**USHEALTH ADVISORS, LLC, et al,**<br><br>**Defendants** | § § § § § § § § § § § § § | **6:23-CV-00737-CEM-EJK** |

**To: USHealth Advisors, LLC,**

Under the authority of Fed. R. Civ. P. 33 Plaintiff Joshua Cacho requests that Defendant serve an answer to each interrogatory separately and fully, in writing and under oath within 30 days and under the authority of Fed. R. Civ. P. 34, to produce and permit inspection and copying of the documents requested below within 30 days of service as follows:

## I. DEFINITIONS

1. "Agreement" means a contract, arrangement, or understanding, formal or informal, oral or written, between two or more persons.

2. "Any" means one or more.

3. "Communication" means any disclosure, transfer, or exchange of information or opinion, however made.

4. "Document" means any written, recorded, or graphic material of any kind, whether prepared by you or by any other person, that is in your possession, custody, or control. The term includes agreements; contracts; letters; telegrams; inter-office communications; memoranda; reports; records; instructions; specifications; notes; notebooks; scrapbooks; diaries; plans; drawings; sketches; blueprints; diagrams; photographs; photocopies; charts; graphs; descriptions; drafts, whether or not they resulted in a final document; minutes of meetings, conferences, and telephone or other conversations or communications; invoices; purchase orders; bills of lading;

recordings; published or unpublished speeches or articles; publications; transcripts of telephone conversations; phone mail; electronic-mail; ledgers; financial statements; microfilm; microfiche; tape or disc recordings; and computer print-outs.

The term "document" also includes electronically stored data from which information can be obtained either directly or by translation through detection devices or readers; any such document is to be produced in a reasonably legible and usable form. The term "document" includes all drafts of a document and all copies that differ in any respect from the original, including any notation, underlining, marking, or information not on the original. The term also includes information stored in, or accessible through, computer or other information retrieval systems (including any computer archives or back-up systems), together with instructions and all other materials necessary to use or interpret such data compilations.

Without limitation on the term "control" as used in the preceding paragraph, a document is deemed to be in your control if you have the right to secure the document or a copy thereof from another person.

5. "Identify" or "identity" means to state or a statement of:

a. in the case of a person other than a natural person, its name, the address of its principal place of business (including zip code), its telephone number, and the name of its chief executive officer, as well as, if it has a person other than a natural person that ultimately controls it, that other person's name, the address of that person's principal place of business (including zip code), that other person's telephone number, and the name of that other person's chief executive officer;

b. in the case of a natural person, his or her name, business address and telephone number, employer, and title or position;

c. in the case of a communication, its date, type (e.g., telephone conversation or discussion), the place where it occurred, the identity of the person who made the communication, the identity of the person who received the communication, the identity of each other person when it was made, and the subject matter discussed;

d. in the case of a document, the title of the document, the author, the title or position of the author, the addressee, each recipient, the type of document, the subject matter, the date of preparation, and its number of pages; and

e. in the case of an agreement, its date, the place where it occurred, the identity of all persons who were parties to the agreement, the identity of each person who has knowledge of the agreement and all other persons present when it was made, and the subject matter of the agreement.

6. "Including" means including, but not limited to.

7. "Person" means any natural person, corporation, company, partnership, joint venture, firm, association, proprietorship, agency, board, authority, commission, office or other business or legal entity, whether private or governmental.

8. "Relating to" means containing, constituting, considering, comprising, concerning, discussing, regarding, describing, reflecting, studying, commenting or reporting on, mentioning, analyzing, or referring, alluding, or pertaining to, in whole or in part.

9. "You" or "your" means USHealth Advisors, LLC.

10. The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa; and the past tense shall include the present tense where the clear meaning is not distorted. The term "or" shall mean "and" and vice-versa, as necessary to bring within the scope of the following document requests all information or documents that would be excluded absent this definition.

## II. INSTRUCTIONS

1. Unless otherwise specified, the documents called for by these document requests are documents in your possession, custody, or control that were applicable, effective, prepared, written, generated, sent, dated, or received at any time from November 2018 to the present., the four years preceding the calls alleged in this matter.

2. Under the authority of Fed. R. Civ. P. 26(e), you are under a duty reasonably to supplement any response to these discovery requests when you learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to us during the discovery process or in writing.

3. For any document withheld under a claim of privilege, submit a sworn or certified statement yourself that identifies the document by author, addressee, date, number of pages, and subject matter; specify the nature and basis of the claimed privilege and the paragraph of this demand for documents to which the document is responsive; and identify each person to whom the document or its contents, or any part thereof, has been disclosed.

4. For any document responsive to these document requests which is known to have been destroyed or lost, or is otherwise unavailable, identify each such document by author, addressee, date, number of pages, and subject matter; and explain in detail the events leading to the destruction or loss, or the reason for the unavailability of such document, including the location of such document when last in your possession, custody, or control, and the date and manner of its disposition.

5. In responding to any document request that calls for documents relating to "any person," or "each person," include information or documents relating to your company, if applicable.

6. Each document that is written in whole or in part in any language other than English or that contains any marginal notations in such a language must be accompanied by a certified verbatim English language translation, and all existing English language versions, of all such writings and notations.

7. In response to these Requests For Production Defendant need not reproduce to Plaintiff any document produced to Plaintiff in the course of this litigation.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify all federal and state lawsuits in which USHealth Advisors, LLC was named as a defendant and the Plaintiff alleged violations of the Telephone Consumer Protection Act (TCPA) or any of the TCPA implementing regulations, or the plaintiff accused USHealth Advisors, LLC of violating a state consumer protection law.

**RESPONSE:**

**INTERROGATORY NO. 2:**

Identify all complaints received from November 2018 to the present in which Defendant was accused of violating the Telephone Consumer Protection Act, any of the TCPA implementing regulations, or any State consumer protection law.

**RESPONSE:**

**INTERROGATORY NO. 3:**

Identify any person or company that made outbound solicitation phone calls on behalf of USHealth Advisors, LLC from November 2018 to the present.

**RESPONSE:**

**INTERROGATORY NO. 4:**

Identify any company USHealth Advisors, LLC entered into a contractual agreement with to make outbound solicitation phone calls.

**RESPONSE:**

**INTERROGATORY NO. 5:**

Identify the dates of any TCPA compliance training conducted by USHealth Advisors, LLC, or any company that made outbound solicitation phone calls on behalf of USHealth Advisors, LLC, from November 2018 to the present.

**RESPONSE:**

**INTERROGATORY NO. 6:**

Identify each company to whom Defendant made a payment earned as a result of solicitation phone calls made on behalf of Defendant.

**RESPONSE:**

**INTERROGATORY NO. 7:**

Identify all platforms used to communicate with all companies that have made outbound telemarketing phone calls on behalf of Defendant from November 2018 to the present. For example, Whatsapp, phone, email, Linkedin, Instagram, Facebook, Telegram, or any other method in which communication occurred.

**RESPONSE:**

**INTERROGATORY NO. 8:**

Identify by name and country of origin all companies that made outbound solicitation phone calls on behalf of Defendant.

**RESPONSE:**

**INTERROGATORY NO. 9:**

Identify how much money you have paid as a result of settlements in which USHealth Advisors, LLC was accused of violating the Telephone Consumer Protection Act or any of the implementing regulations of the Telephone Consumer Protection Act.

**RESPONSE:**

**INTERROGATORY NO. 10:**

State by year how many outbound solicitation phone calls were made by USHealth Advisors, LLC, or by an entity that makes referrals to USHealth Advisors, LLC, from 2018 to the present.

**RESPONSE:**

**INTERROGATORY NO. 11:**

State the name, title, address, phone number, and email address of the person responsible for Telephone Consumer Protection Act compliance.

**RESPONSE:**

**INTERROGATORY NO. 12:**

State the name, title, address, phone number, and email address of each person who viewed my Complaint, emails, spoke with me on the phone, or spoke to an internal company source about me or my Complaint from November 2018 to the present.

**RESPONSE:**

**INTERROGATORY NO. 13:**

State the name, title, address, phone number, and email address of each person or company that made outbound solicitation phone calls on behalf of USHealth Advisors, LLC, or referred potential clients, to USHealth Advisors, LLC, from November 2018 to the present.

**RESPONSE:**

**INTERROGATORY NO. 14:**

Please list any disciplinary action that may have been taken against USHealth Advisors, LLC by any federal, state, or local agency, organization, or other governmental body within the last ten (10) years.

**RESPONSE:**

**INTERROGATORY NO. 15:**

State the name, title, address, phone number and email address of each person responsible for

maintaining USHealth Advisors, LLC's internal do not call list and internal do not call policy from 1991 to the present.

**RESPONSE:**

**INTERROGATORY NO. 16:**

Identify each and every written or oral Communication received or sent by USHealth Advisors, LLC or any of USHealth Advisors, LLC's representatives concerning the subject matter of this Litigation and for each and every written Communication, annex hereto a copy of the Communication, and for each and every oral Communication, set forth the substance of the Communication, the Persons participating, and the date(s) of the Communication.

**RESPONSE:**

**INTERROGATORY NO. 17:**

Has any Document or other tangible thing identified in response to these Interrogatories or which has been requested to be produced in any Requests for the Production of Documents been shredded, discarded, destroyed, otherwise lost or not retained? If so, identify those Documents or tangible things in accordance with the instructions set forth above.

**RESPONSE:**

## REQUESTS FOR PRODUCTION

**REQUEST 1:** Produce all invoices, bills, or other billing materials related to the payment of services for outbound telemarketing from November 2018 to the present.

**RESPONSE:**

**REQUEST 2:** Produce all contracts with any companies that made outbound solicitation phone calls from November 2018 to the present in which the products or services of USHealth Advisors, LLC were solicited.

**RESPONSE:**

**REQUEST 3:** Produce all outbound and inbound call records from November 2018 to the present.

**RESPONSE:**

**REQUEST 4:** Produce a copy of all state telephone solicitation registrations. "State registrations" is defined as any registration with any of the several states that allows USHealth Advisors, LLC to make solicitation phone calls that comply with state law.

**RESPONSE:**

**REQUEST 5:** Produce all bank statements and canceled checks from November 2018 to the present.

**RESPONSE:**

**REQUEST 6:** Produce statements from any money transfer accounts used by Defendants to make payments to vendors. Money transfer accounts are defined as, but not limited to, Veem, Money Gram, Western Union, Paypal, Zelle, Venmo, and any other method in which money is transferred from one person to another.

**RESPONSE:**

**REQUEST 7:** Produce all statements of cash flows, income statements, and balance sheets from November 2018 to the present.

**RESPONSE:**

**REQUEST 8:** Produce a copy of all telephone solicitation scripts used by USHealth Advisors, LLC or any company that made outbound solicitation phone calls on behalf of USHealth Advisors, LLC from November 2018 to the present. This includes all drafts of such scritps.

**RESPONSE:**

**REQUEST 9:** Please produce any and all statements, written or recorded, including drafts, obtained or prepared, concerning, referring to, or relating to the Telephone Consumer Protection Act or the TCPA implementing regulations.

**RESPONSE:**

**REQUEST 10:** Please produce any email in which the Telephone Consumer Protection Act, any Telephone Consumer Protection Act implementing regulations, or any subsection of the TCPA is referenced or mentioned.

**RESPONSE:**

**REQUEST 11:** Produce a copy of each call list, spreadsheet, database, or any method used to make outbound solicitation phone calls from November 2018 to the present.

**RESPONSE:**

**REQUEST 12:** Produce a copy of all checks and/or wire transfers that were used to pay for telemarketing services.

**RESPONSE:**

**REQUEST 13:** Produce a copy of each communication in which USHealth Advisors, LLC is accused of violating the Telephone Consumer Protection Act or any of implementing regulations of the Telephone Consumer Protection Act.

**RESPONSE:**

**REQUEST 14:** Produce all meeting notes, minutes, meeting agendas, audio recordings, and video recordings of meetings in which the Telephone Consumer Protection Act or the implementing regulations of the Telephone Consumer Protection Act are mentioned or are a topic of discussion.

**RESPONSE:**

**REQUEST 15:** Produce copies of all messages from social media platforms in which the Telephone Consumer Protection Act or the implementing regulations of the Telephone Consumer Protection Act are mentioned from November 2018 to the present. Social media platforms is defined as, but not limited to, Linkedin, Instagram, Facebook, Twitter (now called X), WhatsApp, Telegram, Microsoft Teams, Skype, or any media platform used to transmit messages other than email, mail, fax, and or telephone.

**RESPONSE:**

**REQUEST 15:** Produce the company directory of officers and employees. This should include every iteration and version of the company directory from November 2018 to present.

**RESPONSE:**

Respectfully Submitted,

Joshua Cacho 8/22/2023

Joshua Cacho