# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **JOSHUA CACHO,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **6:23-CV-00737-CEM-EJK** |
| **USHEALTH ADVISORS, LLC et al,** | § | |
| **Defendants** | § | |

**PLAINTIFF JOSHUA CACHO'S SECOND SET OF COMBINED DISCOVERY REQUESTS TO USHEALTH ADVISORS, LLC**

To: USHealth Advisors, LLC, c/o counsel of record Mr. Jeffrey Aaron Backman and Mr. Roy Taub.

Plaintiff serves this Second Set of Combined Discovery Requests on USHealth Advisors, LLC (USHA or Defendant), and requests Defendant's responses within 30 days after the service of these requests.

Dated: January 16, 2024.

Respectfully submitted,

*/s/ Joshua Cacho*
Joshua Cacho

## Certificate of Service

I certify that on January 16, 2024, I served a true and correct copy of Plaintiff's Second Set of Combined Discovery Requests on Defendant USHealth Advisors, LLC's counsel of record Jeffrey Aaron Backman and Roy Taub via email to Jeffrey.backman@gmlaw.com and roy.taub@gmlaw.com.

*/s/ Joshua Cacho*
**Joshua Cacho**

## INSTRUCTIONS

1. For a Document that no longer exists or cannot be located, identify the Document, state how and when it was lost, or when it could no longer be located, and the reasons for the loss. Identify each person having knowledge about the disposition or loss of the Document and any other Document evidencing the lost Document or any facts about it.

a. When identifying the Document, state the following:

1) The nature of the Document (*e.g.,* letter, handwritten note).

2) The title or heading on the Document.

3) The date of the Document and the date of each addendum or supplement.

4) The identity of the Document's author and signatory and the person on whose behalf or at whose request or direction the Document was prepared or delivered.

b. When identifying the person, state the following:

1) Their full name.

2) Their present or last known residential address and telephone number.

3) Their present or last known office address and office telephone number.

4) Their present occupation, job title, employer, and employer's address.

2. The term "any" should be understood in its most or least inclusive sense as necessary to bring within the scope of discovery request all responses that might otherwise be construed to be outside of the scope.

3. The connectives "and" and "or" should be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

4. Where a specific Document is requested, such request shall not be interpreted to exclude any other Documents where it is known that such other Documents contain information relevant to the request.

5. For each Document or other requested information that you assert is privileged or is not discoverable, identify that Document or other requested information and state the specific grounds for the claim of privilege or other ground for exclusion.

6. Produce the requested Documents as they are kept in the ordinary course of business. All documents shall be Bates labeled and shall be produced electronically in a single page Group IV TIFF format (except that Microsoft Excel files shall be produced in native format), with load files containing, for each document, extracted searchable text and all available metadata for at least the following fields:

| **Metadata** | **Description** |
|---|---|
| Document Date | The date of the document. |
| Date Sent | The date on which an email file was sent. |
| Date Received | The date on which an email file was received. |
| Date Created | The date an electronic file was created as recorded by the operating system |
| Date Last Modified | The date an electronic file was last modified as recorded by the operating system |
| Document Type | The type of document (e.g., email, Microsoft Word 2000, Microsoft Excel, etc.). |
| File Name | The name of the file under which the document is saved. |
| File Extension | The extension of each electronic file (e.g. .doc, .xls) |
| Author Name | The creator of a document. |

| **Metadata** | **Description** |
|---|---|
| From | For emails, the sender of the document. |
| To | For emails, the recipient(s) of a document. |
| CC | For emails, the person(s) who received copies of a document. |
| BCC | For emails, the person(s) who received blind copies of a document. |
| Custodian | The name of the individual or source from which the document was collected. |
| Beg Bates | The beginning Bates number of the document |
| End Bates | The last Bates number of the document |
| Family ID | A unique number consistently populated for every member of a given family group, including the parent. |
| Email Subject | The subject of an email file. |
| Time Sent | The time an email was sent. |
| Time Received | The time an email was received. |
| Original File Path | The original location an electronic file was collected from. For email, this will indicate the original folder(s) in the user's mail account from which the email was collected. |
| Duplicate Custodians | A list of the custodians or sources that were owners of a duplicate copy of an electronic file. |
| Duplicate File Path | The original file path for each duplicate. |
| Native Path | The relative location of any native files delivered on production media. |
| Text Path | The relative location of all extracted/OCR text files delivered on production media. |

7. These requests are continuing. So if the Document described in any request is not in existence or in your control or possession at the time of your first response, but later comes into

existence or into your control or possession, immediately produce such Document.

8. In answering USHealth Advisor's Second Set of Interrogatories, provide an affidavit or declaration under penalty of perjury verifying your answers in accordance with the Federal Rule of Civil Procedure 33(b)(3).

9. Unless otherwise specifically stated, the relevant time period for the responses is from **January 1, 2021, to the present**.

## DEFINITIONS[1]

1. **"Backup"** means a copy of active data, intended for use in restoration of data.

2. **"USHA"** means Defendant USHealth Advisors, LLC, Defendant, or you.

3. **"Cacho"** means Joshua Cacho, or Plaintiff.

4. **"Communication"** means spoken, written, or electronic transmission of information or request for information, including, without limitations, conversations, telephone calls, meetings, discussions, conferences, seminars, letters, memoranda, facsimiles, telecopies, telexes, emails, and online postings.

5. **"Complaint"** means the live pleading and includes the Second Amended Complaint filed on August 17, 2023, in the lawsuit.

6. **"Computer"** includes, without limitations, network servers, desktops, laptops, notebook computers, mainframes, the personal digital assistants such as PalmPilot, Cassiopeia, HP Journada and other such handheld computing devices, digital cell phones, and pagers.

7. **"Data"** means any and all information stored on media that may be accessed by a computer.

8. **"Document,"** whether singular or plural, includes without limitations:

- any electronically stored data on magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or forensic software);
- any "deleted" but recoverable electronic files on said media;
- any electronic file fragments (files that have been deleted and partially overwritten with new data); and

[1] The singular of all definitions and terms includes the plural of such definitions and terms whenever such a change would result in any additional information responsive to a request.

- slack (data fragments stored randomly from random access memory on a hard drive during the normal operation of a computer [RAM slack] or residual data left on the hard drive after new data has overwritten some but not all of previously stored data).

9. **"Electronically Stored Information,"** or **"ESI"** means any Document and information electronically stored on backup systems, servers, drives, or tapes.

10. **"Hard drive"** means the primary hardware that a computer uses to store information, typically magnetized media on rotating disks.

11. **"Lawsuit"** means *Joshua Cacho v. USHealth Advisors, LLC et al*; Cause No. **6:23-CV-00737-CEM-EJK**; In the United States District Court for the Middle District of Florida, Orlando Division.

12. **"Magnetic or optical storage media"** includes, without limitations, hard drives, also known as hard disks, backup tapes, CD-ROMs, DVD-ROMs, JAZ and Zip drives, and floppy disks.

13. **"Network"** means a group of connected computers that allows people to share information and equipment (e.g., local area network [LAN], wide area network [WAN], metropolitan area network [MAN], storage area network [SAN], peer-to-peer network, and client-server network).

14. **"Network operating system"** means software that directs the overall activity of networked computers.

15. **"Operating system"** means software that directs the overall activity of a computer (e.g., MS-DOS, Windows, Linux).

16. **"Person"** is used in its broadest sense and means any individual, firm, corporation, partnership, joint venture, governmental agency or any other form of entity, together with any officers, directors, partners, trustees, employees, representatives, or agents thereof.

17. **"Defendant"** means USHealth Advisors, LLC., USHA, or you.

18. **"Possession, "custody"** or **"control"** means physical possession of the Document or thing or right to possession equal or superior to that of the person who has physical possession of the Document or thing.

19. **"Related to," "relating to," "referring to," "reflecting," "concerning"** or **"evidencing"** are used in their broadest sense, and mean anything that, directly or indirectly, generally or specifically, regards, relates to, refers to, concerns, contains, constitutes, contradicts, evidences, embodies, compromises, reflects, mentions, identifies, states, deals with, comments on, responds to, describes, analyzes or is in anyway, directly or indirectly, relevant to the subject.

20. **"Software"** means any set of instructions stored on computer-readable media that tells a computer what to do and includes operating systems and applications.

21. **"Storage Media"** means any removable devices that store data.

22. **"You"** means USHealth Advisors, LLC, USHA, or Defendant.

23. **"My phone number"** means the phone number on which I alleged USHA placed calls to, which is numerically represented as 407.780.9810.

## Second Set of Interrogatories

**Interrogatory No. 1:** Identify all text messages and phone calls sent to phone number 407-780-9810 Plaintiff from John Murillas from January 1, 2021, to present.

**Answer:**

**Interrogatory No. 2:** Identify all text messages and phone calls sent to phone number 407-780-9810 Plaintiff from Nathalia Perez from January 1, 2021, to present.

**Answer:**

**Interrogatory No. 3:** Identify all text messages and phone calls sent to phone number 407-780-9810 Plaintiff from Jordan Richy from January 1, 2021, to present.

**Answer:**

**Interrogatory No. 4:** Identify all text messages and phone calls sent to phone number 407-780-9810 Plaintiff from Roberto Cabrera from January 1, 2021, to present.

**Answer:**

**Interrogatory No. 5:** Identify all text messages and phone calls sent to phone number 407-780-9810 Plaintiff from Brandon Martinez from January 1, 2021, to present.

**Answer:**

**Interrogatory No. 6:** Identify all text messages and phone calls sent to phone number 407-780-9810 Plaintiff from Jennifer Maser from January 1, 2021, to present.

**Answer:**

**Interrogatory No. 7:** State who is the owner of the webpage https://ushagent.com/BrandonMartinez.

**Answer:**

**Interrogatory No. 8:** State who is the owner of the webpage https://ushagent.com/JenniferMaser.

**Answer:**

**Interrogatory No. 9:** State who is the owner of the webpage https://ushagent.com/NathaliaPerez.

**Answer:**

**Interrogatory No. 10:** State who is the owner of the webpage https://ushagent.com/StevenLaBracke

**Answer:**

**Interrogatory No. 11: State the relationship between Roberto Cabrera and USHealth Group, Inc.**

**Answer:**

**Interrogatory No. 12: State the relationship between Roberto Cabrera and USHealth Advisors, LLC.**

**Answer:**

## First Set of Requests for Admission

**Admission No. 1:** Admit USHealth Advisors, LLC is a wholly-owned subsidiary of USHealth Group, Inc.

Response:

**Admission No. 2:** Admit USHA sells individual health insurance plans and supplementary products underwritten by Freedom Life Insurance Company of America.

Response:

**Admission No. 3:** Admit Exhibit A attached to this RFA is a true and correct copy of the "Our Advisors" section of the webpage https://ushealthgroup.com/about/

Response:

**Admission No. 4:** Admit Exhibit B attached to this RFA is a true copy of the registered trademark #3346463, serial number 78580794 filed with the United States Patent and Trademark Office.

Response:

**Admission No. 5:** Admit USHealth Group, Inc. is the owner of the registered trademark #3346463, serial number 78580794.

**Response:**

**Admission No. 6:** Admit registered trademark #3346463, serial number 78580794 appears on the webpage https://www.ushagent.com/BrandonMartinez

**Response:**

**Admission No. 7:** Admit registered trademark #3346463, serial number 78580794 appears on the webpage https://www.ushagent.com/JenniferMaser.

**Response:**

**Admission No. 8:** Admit registered trademark #3346463, serial number 78580794 appears on the webpage https://www.ushagent.com/NathaliaPerez.

**Response:**

**Admission No. 9:** Admit USHealth Group Inc. owns webpage

https://www.ushagent.com/BrandonMartinez.

**Response:**

**Admission No. 10:** Admit USHealth Group Inc. owns webpage https://www.ushagent.com/JenniferMaser.

**Response:**

**Admission No. 11:** Admit USHealth Group Inc. owns webpage https://www.ushagent.com/NathaliaPerez.

**Response:**

**Admission No. 12:** Admit webpage https://www.ushagent.com/BrandonMartinez is used to market insurance products issued by Freedom Life Insurance Company of America, National Life Insurance Company, and Enterprise Life Insurance Company.

**Response:**

**Admission No. 13.** Admit Freedom Life Insurance Company of America, National Life Insurance Company, and Enterprise Life Insurance Company are all wholly owned subsidiaries of USHealth Group Inc.

**Response:**

**Admission No. 14:** Admit webpage https://www.ushagent.com/JenniferMaser is used to market insurance products issued by Freedom Life Insurance Company of America, National Life Insurance Company, and Enterprise Life Insurance Company.

**Response:**

**Admission No. 15:** Admit webpage https://www.ushagent.com/NathaliaPerez is used to market insurance products issued by Freedom Life Insurance Company of America, National Life Insurance Company, and Enterprise Life Insurance Company.

**Response:**

**Admission No. 16:** Admit Brandon Martinez uses USHealth Group, Inc.'s name, image, and likeness to market insurance on the webpage https://www.ushagent.com/BrandonMartinez.

**Response:**

**Admission No. 17:** Admit Jennifer Maser uses USHealth Group, Inc.'s name, image, and likeness to market insurance on the webpage https://www.ushagent.com/JenniferMaser.

Response:

**Admission No. 18:** Admit Nathalia Perez uses USHealth Group, Inc.'s name, image, and likeness to market insurance on the webpage https://www.ushagent.com/NathaliaPerez.

**Response:**

**Admission No. 19:** Admit the word "independent" does not appear on the webpage https://ushagent.com/BrandonMartinez

**Response:**

**Admission No. 20:** Admit the word "independent" does not appear on the webpage https://ushagent.com/JenniferMaser.

**Response:**

**Admission No. 21:** Admit the word "independent" does not appear on the webpage https://www.ushagent.com/NathaliaPerez.

**Response:**

**Admission No. 22:** Admit the webpage https://www.ushagent.com/JenniferMaser contains the phrase "As a USHealth Advisors Agent."

**Response:**

**Admission No. 23:** Admit Exhibit C attached to this RFA is a true copy of the registered trademark #5538393, serial number 87489209 filed with the United States Patent and Trademark Office.

**Response:**

**Admission No. 24:** Admit USHealth Advisors, LLC. is the owner of the registered trademark #5538393, serial number 87489209.

**Response:**

**Admission No. 25:** Admit registered trademark #5538393, serial number 87489209 appears on webpage https://www.ushagent.com/JenniferMaser.

**Response:**

**Admission No. 26:** Admit Exhibit D attached to this RFA is a true copy of the registered trademark #5370076, serial number 87488885 filed with the United States Patent and Trademark Office.

**Response:**

**Admission No. 27:** Admit USHealth Advisors, LLC is the owner of the registered trademark #5370076, serial number 87489209.

**Response:**

**Admission No. 28:** Admit registered trademark #5370076, serial number 87489209 appears on webpage https://www.ushagent.com/NathaliaPerez.

**Response:**

**Admission No. 29 :** Admit USHealth Group, Inc. has the authority to revoke the webpage https://www.ushagent.com/BrandonMartinez without the consent of Brandon.

**Response:**

**Admission No. 30:** Admit USHealth Group, Inc. has the authority to revoke the webpage https://www.ushagent.com/JenniferMaser without the consent of Jennifer Maser.

**Response:**

**Admission No. 31:** Admit USHealth Group Inc. has the authority to revoke the webpage https://www.ushagent.com/NathaliaPerez without the consent of Nathalia Perez.

**Response:**

**Admission No. 32:** Admit USHealth Group Inc.'s name, image, and likeness is used with permission on the webpage https://www.ushagent.com/NathaliaPerez.

**Response:**

**Admission No. 33:** Admit USHealth Group Inc.'s name, image, and likeness is used with permission on the webpage https://www.ushagent.com/BrandonMartinez.

**Response:**

**Admission No. 34:** Admit USHealth Group Inc.'s name, image, and likeness is used with permission on the webpage https://www.ushagent.com/JenniferMaser.

**Response:**

**Admission No. 35:** Admit Plaintiff Joshua Cacho filed case number 6:22-cv-01439-CEM-EJK on August 12, 2022.

**Response:**

**Admission No. 36:** Admit case number 6:22-cv-01439-CEM-EJK alleged TCPA violations by USHealth Group Inc.

**Response:**

**Admission No. 37:** USHealth Group Inc. was served with the complaint and summons for case 6:22-cv-01439-CEM-EJK on September 9, 2022.

**Response:**

**Admission No. 38:** Admit Plaintiff received text messages Jennifer Maser after September 9, 2022.

**Response:**

**Admission No. 39:** Admit Plaintiff received text messages from Roberto Cabrera after September 9, 2022.

**Response:**

## First Set of Requests for Production

**Request for Production No. 1:** Produce a copy of the contract between Brandon Martinez and USHealth Group Inc.

**Response:**

**Request for Production No. 2:** Produce a copy of the contract between Jennifer Maser and USHealth Group Inc.

**Response:**

**Request for Production No. 3:** Produce a copy of the contract between Nathalia Perez and USHealth Group Inc.

**Response:**

**Request for Production No. 4:** Produce a copy of all outbound call and text records to phone number 407-780-9810 from Brandon Martinez from January 1, 2021, to present.

**Response:**

**Request for Production No. 5:** Produce a copy of all outbound call and text records to phone number 407-780-9810 from Jennifer Maser from January 1, 2021, to present.

**Response:**

**Request for Production No. 6:** Produce a copy of all outbound call and text records to phone number 407-780-9810 from Nathalia Perez from January 1, 2021, to present.

**Response:**

**Request for Production No. 7:** Produce a copy of all outbound call and text records to phone number 407-780-9810 from Jordan Richey from January 1, 2021, to present.

**Response:**

**Request for Production No. 8:** Produce a copy of all outbound call and text records to phone number 407-780-9810 from Roberto Cabrera from January 1, 2021, to present.

**Response:**

**Request for Production No. 9:** Produce a copy of all outbound call and text records to phone number 407-780-9810 from John Murillas from January 1, 2021, to present.

**Response:**

**Request for Production No. 10:** Produce a copy of the contract between Brandon Martinez and USHealth Advisors, LLC.

**Response:**

**Request for Production No. 11:** Produce a copy of the contract between Jennifer Maser and USHealth Advisors, LLC.

**Response:**

**Request for Production No. 12:** Produce a copy of the contract between Nathalia Perez and USHealth Advisors, LLC.

**Response:**

**Request for Production No. 13:** Produce a copy of the contract between Brandon Martinez and Freedom Life Insurance Company of America.

**Response:**

**Request for Production No. 14:** Produce a copy of the contract between Jennifer Maser and Freedom Life Insurance Company of America.

**Response:**

**Request for Production No. 15:** Produce a copy of the contract between Nathalia Perez and Freedom Life Insurance Company of America.

**Response:**

# EXHIBIT A

USHEALTH GROUP
A UnitedHealthcare Company

**Insurance underwritten by:**
**Freedom Life Insurance Company of America**
**National Foundation Life Insurance Company**
**Enterprise Life Insurance Company**



# Our Advisors

Our Specified Disease/Sickness, Accident, Life and supplemental products are made available through our wholly-owned subsidiary, USHEALTH Advisors, LLC. In the complex world of health insurance, our customers are assured of an exceptional buying experience anchored by the guidance of a licensed and trusted USHEALTH Advisors Agent, who must meet specific product training and certification standards before being authorized to represent our products.

Our commitment to personal attention has made USHEALTH Advisors a recognized world leader for business growth, innovation and customer care. Every day, more and more individuals, families and business owners are turning to USHEALTH Advisors and USHEALTH Group to fulfill their insurance coverage needs.

# Our Service

The USHEALTH Group subsidiaries understand two fundamental truth customer is unique and, 2) a "one size fits all" approach is not alway answer. That's why we provide a broad choice of flexible solutions th each customer's individual needs. Once our customer chooses their USHEALTH Group solidifies their decision with our award-winning cus service and exceptional claim processing.

Being named a 2013 Top 50 North American Call Center ranks USHEA among the elite companies in America for customer service. And wit claim processing and payment cycles that are the envy of the insur industry, USHEALTH Group has built a stellar reputation for customer

Subscribe to get future updates.

By signing up, you are agreeing to our Privacy Policy and Terms of Use. You can unsubscribe at any time.

Email

Subscribe

# EXHIBIT B

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR Currently Experiencing Intermittent Outages**

The Trademark Status and Document Retrieval (TSDR) system is currently experiencing intermittent outages internally and externally. During this time you may be unable to view documents or check the status of applications and registrations. Once this technical issue is resolved, this message will be removed. We apologize for any inconvenience this causes.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-16 15:33:39 EST | | |
| **Mark:** | USHEALTH GROUP | | |
| **US Serial Number:** | 78580794 | **Application Filing Date:** | Mar. 04, 2005 |
| **US Registration Number:** | 3346463 | **Registration Date:** | Nov. 27, 2007 |
| **Register:** | Supplemental | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Amended to Principal Register:** | No | **Date Amended to Current Register:** | Dec. 22, 2006 |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Dec. 19, 2017 | | |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | USHEALTH GROUP |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |

| | |
|---|---|
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | GROUP |
| **Design Search Code(s):** | 26.11.21 - Rectangles that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | insurance underwriting services in the field of health | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 07, 2006 | **Use in Commerce:** | Feb. 07, 2006 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | USHEALTH Group, Inc. | | |
| **Owner Address:** | 300 Burnett Street, Suite 200<br>Fort Worth, TEXAS UNITED STATES 76102 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where** | DELAWARE |

| | | Organized: | |
|---|---|---|---|

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Wesley Anderson | | |
| **Attorney Primary Email Address:** | wesley.anderson@uhg.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Wesley Anderson<br>9900 Bren Road East<br>Legal Intake<br>Minnetonka, MINNESOTA UNITED STATES 55343 | | |
| **Phone:** | 952-936-6938 | | |
| **Correspondent e-mail:** | tmatlanta@seyfarth.com wesley.anderson@uhg.com abby.remley@uhg.com trademarks@uhg.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 04, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 04, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 17, 2020 | NOTICE OF SUIT | |
| Dec. 27, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 27, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 06, 2018 | NOTICE OF SUIT | |
| Dec. 19, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 19, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 19, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |

| | | |
|---|---|---|
| Dec. 19, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 22, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 07, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Dec. 07, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| Nov. 26, 2013 | REGISTERED - SEC. 8 (6-YR) FILED | |
| Dec. 07, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 26, 2013 | TEAS SECTION 8 RECEIVED | |
| May 04, 2008 | CORRECTION UNDER SECTION 7 - PROCESSED | |
| Feb. 15, 2008 | ASSIGNED TO PARALEGAL | |
| Feb. 04, 2008 | PAPER RECEIVED | |
| Feb. 04, 2008 | SEC 7 REQUEST FILED | |
| Feb. 04, 2008 | PAPER RECEIVED | |
| Nov. 27, 2007 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Feb. 28, 2007 | EXPARTE APPEAL TERMINATED | 580794 |
| Feb. 24, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Feb. 21, 2007 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Feb. 20, 2007 | ASSIGNED TO LIE | |
| Feb. 20, 2007 | EXAMINERS AMENDMENT MAILED | |
| Feb. 19, 2007 | EXAMINER'S AMENDMENT ENTERED | |
| Feb. 19, 2007 | EXAMINERS AMENDMENT -WRITTEN | |
| Jan. 31, 2007 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jan. 31, 2007 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Jan. 31, 2007 | USE AMENDMENT ACCEPTED | |
| Jan. 31, 2007 | AMENDMENT TO USE PROCESSING COMPLETE | |
| Dec. 22, 2006 | USE AMENDMENT FILED | |
| Dec. 22, 2006 | TEAS AMENDMENT OF USE RECEIVED | |
| Dec. 22, 2006 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 22, 2006 | EX PARTE APPEAL-INSTITUTED | 580794 |

| | | |
|---|---|---|
| Dec. 22, 2006 | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 580794 |
| Dec. 22, 2006 | EXPARTE APPEAL RECEIVED AT TTAB | |
| Jun. 22, 2006 | FINAL REFUSAL MAILED | |
| Jun. 21, 2006 | FINAL REFUSAL WRITTEN | |
| Apr. 14, 2006 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 24, 2006 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 24, 2006 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 29, 2005 | NON-FINAL ACTION MAILED | |
| Sep. 28, 2005 | NON-FINAL ACTION WRITTEN | |
| Sep. 25, 2005 | ASSIGNED TO EXAMINER | |
| Mar. 11, 2005 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Dec. 19, 2017 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# EXHIBIT C

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR Currently Experiencing Intermittent Outages**

The Trademark Status and Document Retrieval (TSDR) system is currently experiencing intermittent outages internally and externally. During this time you may be unable to view documents or check the status of applications and registrations. Once this technical issue is resolved, this message will be removed. We apologize for any inconvenience this causes.

STATUS DOCUMENTS MAINTENANCE Back to Search Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-16 15:32:35 EST | | |
| **Mark:** | USHEALTH ADVISORS | | |
| **US Serial Number:** | 87489209 | **Application Filing Date:** | Jun. 14, 2017 |
| **US Registration Number:** | 5538393 | **Registration Date:** | Aug. 14, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Aug. 14, 2018 | | |
| **Publication Date:** | May 29, 2018 | | |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | USHEALTH ADVISORS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |

| | |
|---|---|
| **Description of Mark:** | The mark consists of the stylized text "USHEALTH" appearing above a shaded horizontal bar with the stylized text "ADVISORS" appearing within this horizontal bar. A circular design of a phoenix appears to the left of this text. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "US HEALTH ADVISORS" |
| **Design Search Code(s):** | 01.15.15 - Fire (flames), emanating from objects, words or numbers<br>04.05.05 - Phoenix<br>26.01.09 - Circles having animals as a border; Circles having geometric figures as a border; Circles having humans as a border; Circles having objects as a border; Circles having plants as a border; Geometric figures, objects, humans, plants or animals forming or bordering the perimeter of a circle.<br>26.11.21 - Rectangles that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Insurance agencies; Insurance consultancy; Insurance consultation; Insurance information | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 11, 2011 | **Use in Commerce:** | Apr. 11, 2011 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | USHEALTH Advisors, LLC | | |
| **Owner Address:** | 300 Burnett St #200<br>Fort Worth, TEXAS UNITED STATES 76102 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | TEXAS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Wesley Anderson | **Docket Number:** | 23845-9041 |
| **Attorney Primary Email Address:** | wesley.anderson@uhg.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Wesley Anderson<br>UnitedHealth Group Incorporated<br>9900 Bren Road East<br>Legal Intake<br>Minnetonka, MINNESOTA United States 55343 | | |
| **Phone:** | 952-936-6938 | | |
| **Correspondent e-mail:** | wesley.anderson@uhg.com tmatlanta@seyfarth.com abby.remley@uhg.com trademarks@uhg.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 29, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 14, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 04, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | |
|---|---|
| Apr. 04, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 17, 2020 | NOTICE OF SUIT |
| Dec. 27, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Dec. 27, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 06, 2018 | NOTICE OF SUIT |
| Aug. 14, 2018 | REGISTERED-PRINCIPAL REGISTER |
| May 29, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| May 29, 2018 | PUBLISHED FOR OPPOSITION |
| May 08, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| May 09, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Apr. 19, 2018 | WITHDRAWN FROM PUB - SENIOR ATTORNEY REQUEST |
| Apr. 11, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 11, 2018 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 11, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 11, 2018 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 11, 2018 | EXAMINERS AMENDMENT -WRITTEN |
| Apr. 05, 2018 | PREVIOUS ALLOWANCE COUNT WITHDRAWN |
| Mar. 27, 2018 | WITHDRAWN FROM PUB - OG REVIEW QUERY |
| Mar. 09, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Mar. 09, 2018 | EXAMINER'S AMENDMENT ENTERED |
| Mar. 09, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Mar. 09, 2018 | EXAMINERS AMENDMENT E-MAILED |
| Mar. 09, 2018 | EXAMINERS AMENDMENT -WRITTEN |
| Mar. 08, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Mar. 07, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Mar. 07, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Sep. 07, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Sep. 07, 2017 | NON-FINAL ACTION E-MAILED |
| Sep. 07, 2017 | NON-FINAL ACTION WRITTEN |

| | |
|---|---|
| Aug. 31, 2017 | ASSIGNED TO EXAMINER |
| Jun. 22, 2017 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Jun. 21, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 17, 2017 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Aug. 14, 2018 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# EXHIBIT D

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR Currently Experiencing Intermittent Outages**

The Trademark Status and Document Retrieval (TSDR) system is currently experiencing intermittent outages internally and externally. During this time you may be unable to view documents or check the status of applications and registrations. Once this technical issue is resolved, this message will be removed. We apologize for any inconvenience this causes.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2024-01-16 15:34:09 EST

**Mark:**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87488885 | **Application Filing Date:** | Jun. 14, 2017 |
| **US Registration Number:** | 5370076 | **Registration Date:** | Jan. 02, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 02, 2018

**Publication Date:** Oct. 17, 2017

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of circular design in form of phoenix. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 01.15.15 - Fire (flames), emanating from objects, words or numbers<br>04.05.05 - Phoenix<br>26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles) |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Insurance agencies; Insurance consultancy; Insurance consultation; Insurance information | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 07, 2010 | **Use in Commerce:** | Apr. 07, 2010 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | USHEALTH Advisors, LLC | | |
| **Owner Address:** | 300 Burnett St #200<br>Fort Worth, TEXAS UNITED STATES 76102 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | TEXAS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Wesley Anderson | **Docket Number:** | 23845-9041 |
| **Attorney Primary Email Address:** | wesley.anderson@uhg.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Wesley Anderson<br>UnitedHealth Group Inc.<br>9900 Bren Road East<br>Legal Intake<br>Minnetonka, MINNESOTA United States 55343 | | |
| **Phone:** | 952-936-6938 | | |
| **Correspondent e-mail:** | wesley.anderson@uhg.com tmatlanta@seyfarth.com abby.remley@uhg.com trademarks@uhg.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 29, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Apr. 04, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 04, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | |
|---|---|
| Jan. 02, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Apr. 17, 2020 | NOTICE OF SUIT |
| Dec. 27, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Dec. 27, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 06, 2018 | NOTICE OF SUIT |
| May 08, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jan. 02, 2018 | REGISTERED-PRINCIPAL REGISTER |
| Oct. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Oct. 17, 2017 | PUBLISHED FOR OPPOSITION |
| Sep. 27, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Sep. 07, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 31, 2017 | ASSIGNED TO EXAMINER |
| Jun. 22, 2017 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Jun. 21, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 17, 2017 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 02, 2018 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# EXHIBIT A

Insurance underwritten by:
Freedom Life Insurance Company of America
National Foundation Life Insurance Company
Enterprise Life Insurance Company



# Our Advisors

Our Specified Disease/Sickness, Accident, Life and supplemental products are made available through our wholly-owned subsidiary, USHEALTH Advisors, LLC. In the complex world of health insurance, our customers are assured of an exceptional buying experience anchored by the guidance of a licensed and trusted USHEALTH Advisors Agent, who must meet specific product training and certification standards before being authorized to represent our products.

Our commitment to personal attention has made USHEALTH Advisors a recognized world leader for business growth, innovation and customer care. Every day, more and more individuals, families and business owners are turning to USHEALTH Advisors and USHEALTH Group to fulfill their insurance coverage needs.

# Our Service

The USHEALTH Group subsidiaries understand two fundamental truth customer is unique and, 2) a "one size fits all" approach is not alway answer. That's why we provide a broad choice of flexible solutions th each customer's individual needs. Once our customer chooses their USHEALTH Group solidifies their decision with our award-winning cus service and exceptional claim processing.

Being named a 2013 Top 50 North American Call Center ranks USHEA among the elite companies in America for customer service. And wit claim processing and payment cycles that are the envy of the insur industry, USHEALTH Group has built a stellar reputation for customer

Subscribe to get future updates.

By signing up, you are agreeing to our Privacy Policy and Terms of Use. You can unsubscribe at any time.

Email

Subscribe

# EXHIBIT B

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR Currently Experiencing Intermittent Outages**

The Trademark Status and Document Retrieval (TSDR) system is currently experiencing intermittent outages internally and externally. During this time you may be unable to view documents or check the status of applications and registrations. Once this technical issue is resolved, this message will be removed. We apologize for any inconvenience this causes.



**Generated on:** This page was generated by TSDR on 2024-01-16 15:33:39 EST

**Mark:** USHEALTH GROUP

| | | | |
|---|---|---|---|
| **US Serial Number:** | 78580794 | **Application Filing Date:** | Mar. 04, 2005 |
| **US Registration Number:** | 3346463 | **Registration Date:** | Nov. 27, 2007 |

**Register:** Supplemental

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | | | |
|---|---|---|---|
| **Amended to Principal Register:** | No | **Date Amended to Current Register:** | Dec. 22, 2006 |

**Status:** The registration has been renewed.

**Status Date:** Dec. 19, 2017

## Mark Information

Collapse All

**Mark Literal Elements:** USHEALTH GROUP

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

| | |
|---|---|
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | GROUP |
| **Design Search Code(s):** | 26.11.21 - Rectangles that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | insurance underwriting services in the field of health | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 07, 2006 | **Use in Commerce:** | Feb. 07, 2006 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | USHEALTH Group, Inc. | | |
| **Owner Address:** | 300 Burnett Street, Suite 200<br>Fort Worth, TEXAS UNITED STATES 76102 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where** | DELAWARE |

| | | Organized: | |
|---|---|---|---|

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Wesley Anderson | | |
| Attorney Primary Email Address: | wesley.anderson@uhg.com | Attorney Email Authorized: | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | Wesley Anderson<br>9900 Bren Road East<br>Legal Intake<br>Minnetonka, MINNESOTA UNITED STATES 55343 | | |
| Phone: | 952-936-6938 | | |
| Correspondent e-mail: | tmatlanta@seyfarth.com wesley.anderson@uhg.com abby.remley@uhg.com trademarks@uhg.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 04, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 04, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 17, 2020 | NOTICE OF SUIT | |
| Dec. 27, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 27, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 06, 2018 | NOTICE OF SUIT | |
| Dec. 19, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 19, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 19, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |

| | | |
|---|---|---|
| Dec. 19, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 22, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 07, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Dec. 07, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| Nov. 26, 2013 | REGISTERED - SEC. 8 (6-YR) FILED | |
| Dec. 07, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 26, 2013 | TEAS SECTION 8 RECEIVED | |
| May 04, 2008 | CORRECTION UNDER SECTION 7 - PROCESSED | |
| Feb. 15, 2008 | ASSIGNED TO PARALEGAL | |
| Feb. 04, 2008 | PAPER RECEIVED | |
| Feb. 04, 2008 | SEC 7 REQUEST FILED | |
| Feb. 04, 2008 | PAPER RECEIVED | |
| Nov. 27, 2007 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Feb. 28, 2007 | EXPARTE APPEAL TERMINATED | 580794 |
| Feb. 24, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Feb. 21, 2007 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Feb. 20, 2007 | ASSIGNED TO LIE | |
| Feb. 20, 2007 | EXAMINERS AMENDMENT MAILED | |
| Feb. 19, 2007 | EXAMINER'S AMENDMENT ENTERED | |
| Feb. 19, 2007 | EXAMINERS AMENDMENT -WRITTEN | |
| Jan. 31, 2007 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jan. 31, 2007 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Jan. 31, 2007 | USE AMENDMENT ACCEPTED | |
| Jan. 31, 2007 | AMENDMENT TO USE PROCESSING COMPLETE | |
| Dec. 22, 2006 | USE AMENDMENT FILED | |
| Dec. 22, 2006 | TEAS AMENDMENT OF USE RECEIVED | |
| Dec. 22, 2006 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 22, 2006 | EX PARTE APPEAL-INSTITUTED | 580794 |

| | | |
|---|---|---|
| Dec. 22, 2006 | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 580794 |
| Dec. 22, 2006 | EXPARTE APPEAL RECEIVED AT TTAB | |
| Jun. 22, 2006 | FINAL REFUSAL MAILED | |
| Jun. 21, 2006 | FINAL REFUSAL WRITTEN | |
| Apr. 14, 2006 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 24, 2006 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 24, 2006 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 29, 2005 | NON-FINAL ACTION MAILED | |
| Sep. 28, 2005 | NON-FINAL ACTION WRITTEN | |
| Sep. 25, 2005 | ASSIGNED TO EXAMINER | |
| Mar. 11, 2005 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Dec. 19, 2017 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# EXHIBIT C

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR Currently Experiencing Intermittent Outages**

The Trademark Status and Document Retrieval (TSDR) system is currently experiencing intermittent outages internally and externally. During this time you may be unable to view documents or check the status of applications and registrations. Once this technical issue is resolved, this message will be removed. We apologize for any inconvenience this causes.

STATUS DOCUMENTS MAINTENANCE Back to Search Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-16 15:32:35 EST | | |
| **Mark:** | USHEALTH ADVISORS | | |
| **US Serial Number:** | 87489209 | **Application Filing Date:** | Jun. 14, 2017 |
| **US Registration Number:** | 5538393 | **Registration Date:** | Aug. 14, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Aug. 14, 2018 | | |
| **Publication Date:** | May 29, 2018 | | |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | USHEALTH ADVISORS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |

| | |
|---|---|
| **Description of Mark:** | The mark consists of the stylized text "USHEALTH" appearing above a shaded horizontal bar with the stylized text "ADVISORS" appearing within this horizontal bar. A circular design of a phoenix appears to the left of this text. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "US HEALTH ADVISORS" |
| **Design Search Code(s):** | 01.15.15 - Fire (flames), emanating from objects, words or numbers<br>04.05.05 - Phoenix<br>26.01.09 - Circles having animals as a border; Circles having geometric figures as a border; Circles having humans as a border; Circles having objects as a border; Circles having plants as a border; Geometric figures, objects, humans, plants or animals forming or bordering the perimeter of a circle.<br>26.11.21 - Rectangles that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Insurance agencies; Insurance consultancy; Insurance consultation; Insurance information | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 11, 2011 | **Use in Commerce:** | Apr. 11, 2011 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** USHEALTH Advisors, LLC

**Owner Address:** 300 Burnett St #200
Fort Worth, TEXAS UNITED STATES 76102

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** TEXAS

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Wesley Anderson

**Docket Number:** 23845-9041

**Attorney Primary Email Address:** wesley.anderson@uhg.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Wesley Anderson
UnitedHealth Group Incorporated
9900 Bren Road East
Legal Intake
Minnetonka, MINNESOTA United States 55343

**Phone:** 952-936-6938

**Correspondent e-mail:** wesley.anderson@uhg.com tmatlanta@seyfarth.com abby.remley@uhg.com trademarks@uhg.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 29, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 14, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 04, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | |
|---|---|
| Apr. 04, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 17, 2020 | NOTICE OF SUIT |
| Dec. 27, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Dec. 27, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 06, 2018 | NOTICE OF SUIT |
| Aug. 14, 2018 | REGISTERED-PRINCIPAL REGISTER |
| May 29, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| May 29, 2018 | PUBLISHED FOR OPPOSITION |
| May 08, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| May 09, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Apr. 19, 2018 | WITHDRAWN FROM PUB - SENIOR ATTORNEY REQUEST |
| Apr. 11, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 11, 2018 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 11, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 11, 2018 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 11, 2018 | EXAMINERS AMENDMENT -WRITTEN |
| Apr. 05, 2018 | PREVIOUS ALLOWANCE COUNT WITHDRAWN |
| Mar. 27, 2018 | WITHDRAWN FROM PUB - OG REVIEW QUERY |
| Mar. 09, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Mar. 09, 2018 | EXAMINER'S AMENDMENT ENTERED |
| Mar. 09, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Mar. 09, 2018 | EXAMINERS AMENDMENT E-MAILED |
| Mar. 09, 2018 | EXAMINERS AMENDMENT -WRITTEN |
| Mar. 08, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Mar. 07, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Mar. 07, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Sep. 07, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Sep. 07, 2017 | NON-FINAL ACTION E-MAILED |
| Sep. 07, 2017 | NON-FINAL ACTION WRITTEN |

| | |
|---|---|
| Aug. 31, 2017 | ASSIGNED TO EXAMINER |
| Jun. 22, 2017 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Jun. 21, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 17, 2017 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Aug. 14, 2018 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# EXHIBIT D

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**TSDR Currently Experiencing Intermittent Outages**

The Trademark Status and Document Retrieval (TSDR) system is currently experiencing intermittent outages internally and externally. During this time you may be unable to view documents or check the status of applications and registrations. Once this technical issue is resolved, this message will be removed. We apologize for any inconvenience this causes.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-16 15:34:09 EST | | |
| **Mark:** | | | |
| **US Serial Number:** | 87488885 | **Application Filing Date:** | Jun. 14, 2017 |
| **US Registration Number:** | 5370076 | **Registration Date:** | Jan. 02, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jan. 02, 2018 | | |
| **Publication Date:** | Oct. 17, 2017 | | |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of circular design in form of phoenix. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 01.15.15 - Fire (flames), emanating from objects, words or numbers<br>04.05.05 - Phoenix<br>26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles) |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Insurance agencies; Insurance consultancy; Insurance consultation; Insurance information | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 07, 2010 | **Use in Commerce:** | Apr. 07, 2010 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | USHEALTH Advisors, LLC | | |
| **Owner Address:** | 300 Burnett St #200<br>Fort Worth, TEXAS UNITED STATES 76102 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | TEXAS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Wesley Anderson | **Docket Number:** | 23845-9041 |
| **Attorney Primary Email Address:** | wesley.anderson@uhg.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Wesley Anderson<br>UnitedHealth Group Inc.<br>9900 Bren Road East<br>Legal Intake<br>Minnetonka, MINNESOTA United States 55343 | | |
| **Phone:** | 952-936-6938 | | |
| **Correspondent e-mail:** | wesley.anderson@uhg.com tmatlanta@seyfarth.com abby.remley@uhg.com trademarks@uhg.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 29, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Apr. 04, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 04, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | |
|---|---|
| Jan. 02, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Apr. 17, 2020 | NOTICE OF SUIT |
| Dec. 27, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Dec. 27, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 06, 2018 | NOTICE OF SUIT |
| May 08, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jan. 02, 2018 | REGISTERED-PRINCIPAL REGISTER |
| Oct. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Oct. 17, 2017 | PUBLISHED FOR OPPOSITION |
| Sep. 27, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Sep. 07, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 31, 2017 | ASSIGNED TO EXAMINER |
| Jun. 22, 2017 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Jun. 21, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 17, 2017 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 02, 2018 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load