# EXHIBIT E

FREEDOM LIFE®
INSURANCE COMPANY OF AMERICA
300 Burnett Street, Suite 200, Fort Worth, Texas 76102
800-387-9027

March 3, 2023 L16

JOSHUA CACHO
164 ESTELLA RD
LAKE MARY, FL 32746-3612

RE: Application #: 52Y640113F
Applicant: JOSHUA CACHO

Dear Sir/Madam:

We regret that you have decided to withdraw your application, and wanted to thank you for your interest in obtaining coverage with our company.

We hope you will consider us again for your insurance needs. If you have any questions or would like to apply again, please feel free to contact us.

Sincerely,

Underwriting Department

NBWTHNR
USHA1216

FREEDOM LIFE®
INSURANCE COMPANY OF AMERICA
300 Burnett Street, Suite 200, Fort Worth, Texas 76102
800-387-9027

March 3, 2023 L16

JOSHUA CACHO
164 ESTELLA RD
LAKE MARY, FL 32746-3612

RE: Application #: 52Y640113L
Applicant: JOSHUA CACHO

Dear Sir/Madam:

We regret that you have decided to withdraw your application, and wanted to thank you for your interest in obtaining coverage with our company.

We hope you will consider us again for your insurance needs. If you have any questions or would like to apply again, please feel free to contact us.

Sincerely,

Underwriting Department

NBWTHNR
USHA1216

To: [JENNIFER.MASER@USHAdvisors.com]
From: [no-reply@ushealthgroup.com]
CC:
Bcc:
Subject: CC of: Important information about your application for insurance coverage.
Content:

USHEALTH GROUP
A UnitedHealthcare Company

Insurance underwritten by
Freedom Life Insurance Company of America

## We Have a Few Documents for You to Review



JOSHUA CACHO,

Thank you for choosing Freedom Life Insurance Company of America, a USHEALTH Group® Company.

Your application has been received and is being processed. For your convenience, we have provided links to your application and informational insurance brochures for the products you selected with your Agent.

## Document(s) for Review

Please review the following digital document(s) at your earliest opportunity.

- Application ID# 2309903 for JOSHUA CACHO
- PremierAdvantage Fixed Indemnity
- Secure Dental

USHA000359

We believe an informed customer is our best customer. With this in mind, we want you to know about an important "next step"

in our underwriting process. **You will receive a brief telephone call** from the Freedom Life Insurance Company of America **to verify the accuracy of the information** provided in your application.

**A confirmation of your verification call appointment has been sent to you in a separate email.**

Please allow yourself a reasonable amount of time to complete this important verification call. The verification call generally takes 30 minutes to complete.

On behalf of your Agent and the employees of the insurance companies of USHEALTH Group, we are committed to providing you with reliable coverage and world-class service.

Sincerely,

Freedom Life Insurance Company of America
300 Burnett Street, Suite 200
Fort Worth, Texas 76102
800-387-9027


Freedom Life Insurance Company of America, a USHEALTH Group® Company
300 Burnett Street, Suite 200, Fort Worth, Texas 76102

Unsubscribe - Unsubscribe Preferences


Attachments: No attachments

| | |
|---|---|
| To: | JOSHUA CACHO [JCACHO1848@GMAIL.COM] |
| From: | [no-reply@ushealthgroup.com] |
| CC: | [JENNIFER.MASER@USHAdvisors.com], [CustomerBrochureEmails@ushealthgroup.com] |
| Bcc: | |
| Subject: | Important information about your application for insurance coverage. |
| Content: | |

USHEALTH® GROUP A UnitedHealthcare Company | Insurance underwritten by Freedom Life Insurance Company of America

## We Have a Few Documents for You to Review



JOSHUA CACHO,

Thank you for choosing Freedom Life Insurance Company of America, a USHEALTH Group® Company.

Your application has been received and is being processed. For your convenience, we have provided links to your application and informational insurance brochures for the products you selected with your Agent.

## Document(s) for Review

Please review the following digital document(s) at your earliest opportunity.

- Application ID# 2309903 for JOSHUA CACHO
- PremierAdvantage Fixed Indemnity
- Secure Dental



We believe an informed customer is our best customer. With

this in mind, we want you to know about an important "next step" in our underwriting process. **You will receive a brief telephone call** from the Freedom Life Insurance Company of America **to verify the accuracy of the information** provided in your application.

**A confirmation of your verification call appointment has been sent to you in a separate email.**

Please allow yourself a reasonable amount of time to complete this important verification call. The verification call generally takes 30 minutes to complete.

On behalf of your Agent and the employees of the insurance companies of USHEALTH Group, we are committed to providing you with reliable coverage and world-class service.

Sincerely,

Freedom Life Insurance Company of America
300 Burnett Street, Suite 200
Fort Worth, Texas 76102
800-387-9027


Freedom Life Insurance Company of America, a USHEALTH Group® Company
300 Burnett Street, Suite 200, Fort Worth, Texas 76102

Unsubscribe - Unsubscribe Preferences


Attachments: No attachments

To: [CustomerBrochureEmails@ushealthgroup.com]

From: [no-reply@ushealthgroup.com]

CC:

Bcc:

Subject: CC of: Important information about your application for insurance coverage.

Content:

USHEALTH® GROUP A UnitedHealthcare Company | Insurance underwritten by Freedom Life Insurance Company of America

## We Have a Few Documents for You to Review



JOSHUA CACHO,

Thank you for choosing Freedom Life Insurance Company of America, a USHEALTH Group® Company.

Your application has been received and is being processed. For your convenience, we have provided links to your application and informational insurance brochures for the products you selected with your Agent.

## Document(s) for Review

Please review the following digital document(s) at your earliest opportunity.

- Application ID# 2309903 for JOSHUA CACHO
- PremierAdvantage Fixed Indemnity
- Secure Dental

USHA000363

We believe an informed customer is our best customer. With this in mind, we want you to know about an important "next step"

in our underwriting process. **You will receive a brief telephone call** from the Freedom Life Insurance Company of America **to verify the accuracy of the information** provided in your application.

**A confirmation of your verification call appointment has been sent to you in a separate email.**

Please allow yourself a reasonable amount of time to complete this important verification call. The verification call generally takes 30 minutes to complete.

On behalf of your Agent and the employees of the insurance companies of USHEALTH Group, we are committed to providing you with reliable coverage and world-class service.

Sincerely,

Freedom Life Insurance Company of America
300 Burnett Street, Suite 200
Fort Worth, Texas 76102
800-387-9027

Freedom Life Insurance Company of America, a USHEALTH Group® Company
300 Burnett Street, Suite 200, Fort Worth, Texas 76102

Unsubscribe - Unsubscribe Preferences

Attachments: No attachments