# EXHIBIT F

Spectrum LTE 10:18 PM 16%

New iMessage Cancel

To: +1 (561) 827-0261

iMessage
Tue, Feb 28 at 3:30 PM

Hey Joshua. It's Jennifer with US Health

USHEALTH Verification... U

Tue, Feb 28 at 6:05 PM

Sorry, I didn't have a chance to remind you, but the underwriter should be attempting to contact you for your verification call

Thu, Mar 2 at 8:53 AM

Good morning Joshua. Is there a time that we could speak today to continue our conversation from yesterday?

Thu, Mar 2 at 11:11 AM

iMessage

Cash