# EXHIBIT G

Spectrum LTE 6:15 PM 16%

19

+1 (561) 827-0261

Thu, Mar 2 at 11:11 AM

Please cancel everything. I don't want to be charged. Please don't contact me again about this. Thank You.

Was there some sort of misunderstanding? Hopefully it wasn't something I dropped the ball on.

nope nothing you did.

I do have an alternative option that doesn't look into medical records if we don't wanna bother with this one, I completely understand the frustration

Miss please stop messaging me About this

And please make sure your company or anyone associated does not contact me anymore

iMessage