# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSHUA CACHO,**

**Plaintiff,**

**v.** **Case No: 6:23-cv-737-CEM-EJK**

**USHEALTH ADVISORS, LLC and**
**USHEALTH GROUP, INC,**

**Defendants.**

**ORDER**

This cause comes before the Court on Defendant USHealth Advisors, LLC's Motion to Compel Discovery Against Plaintiff Joshua Cacho (the "Motion") (Doc. 60), filed November 19, 2024. Plaintiff has not responded to the Motion, and the time for doing so has expired. (Doc. 5 at 1.)[1] Thus, the undersigned considers the Motion as unopposed. (*Id.* ("[A] failure to file a timely response will result in the Motion being deemed unopposed" (emphasis omitted).)

Accordingly, it is **ORDERED** as follows:

1. The Motion (Doc. 60) is **GRANTED**.

2. Plaintiff's objections are **OVERRULED**. Plaintiff is **DIRECTED** to fully respond to Request for Production Nos. 6, 15, 22, 31, 39, 79, 80, and 82 (Doc. 60-2), and Interrogatory Nos. 12 and 16 (Doc. 60-4), **on or before December 16, 2024**.

[1] Plaintiff, who is proceeding *pro se*, was served with the Motion by email on November 19, 2024. (Doc. 61.)

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2024.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE