# EXHIBIT D

FedEx® Tracking

SHOPRUNNER by FedEx.
Ready to shop again?
Get exclusive deals at your favorite stores.
SHOP NOW



DELIVERED

# Thursday

1/30/25 at 9:52 AM

Signed for by: J.Flores

Obtain proof of delivery

How was your delivery?

DELIVERY STATUS

Delivered

Report missing package

ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT

✖ Your email is a required field.

GET UPDATES

MORE OPTIONS

TRACKING ID

771711079550

FROM
SAN ANTONIO, TX US

*Label Created*
1/27/25 7:31 PM

WE HAVE YOUR PACKAGE
SAN ANTONIO, TX
1/28/25 8:30 PM

ON THE WAY
FORT LAUDERDALE, FL
1/30/25 7:26 AM

OUT FOR DELIVERY
FORT LAUDERDALE, FL

DELIVERED
Fort Lauderdale, FL US

*Delivered*
1/30/25 at 9:52 AM

View travel history

## Shipment facts

### Shipment overview

**TRACKING NUMBER** 771711079550

**DELIVERED TO** Shipping/Receiving

**SHIP DATE** 1/28/25

**STANDARD TRANSIT** 1/31/25 before 5:00 PM

**DELIVERED** 1/30/25 at 9:52 AM

### Services

**SERVICE** FedEx Express Saver

**TERMS** Shipper

**SPECIAL HANDLING SECTION** Deliver Weekday, No Signature Required

### Package details

**WEIGHT** 1 lbs / 0.45 kgs

**TOTAL PIECES** 1

**TOTAL SHIPMENT WEIGHT** 1 lbs / 0.45 kgs

**PACKAGING** FedEx Large Box

Back to to

## Travel history

SORT BY DATE/TIME

Ascending

Time zone

Monday, 1/27/25

- 7:31 PM
  **Shipment information sent to FedEx**

Tuesday, 1/28/25

- 8:30 PM
  **Picked up**
  SAN ANTONIO, TX
- 8:58 PM
  **Shipment arriving early**
  SAN ANTONIO, TX

Wednesday, 1/29/25

- 8:41 AM
  **Arrived at FedEx hub**
  MEMPHIS, TN
- 4:51 PM
  **Departed FedEx hub**
  MEMPHIS, TN
- 7:43 PM
  **At destination sort facility**
  FORT LAUDERDALE, FL

Thursday, 1/30/25

- 7:26 AM
  **At local FedEx facility**
  FORT LAUDERDALE, FL
- 8:02 AM
  **On FedEx vehicle for delivery**
  FORT LAUDERDALE, FL
- 9:52 AM
  **Delivered**
  Fort Lauderdale, FL

↑ Back to to

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

United States

**FOLLOW FEDEX**

© FedEx 1995-2025