# EXHIBIT E-1

# History

By date

By group

Your browsing history appears here