# EXHIBIT E-2

Gmail

in:anywhere from:(obamacareplans.com) subject:(obamacareplans.com) obama

Mail

Chat

Meet

Compose

**Inbox** 73,883

Starred

Snoozed

Sent

**Drafts** 74

More

Labels

Notes

**Mail** | Conversations | Spaces

No messages matched your search. Try using

Gmail

in:anywhere from:(obamacareplans.com) subject:(obamacareplans.com) obama

Compose

No messages matched your search. Try using search o

Inbox 73

Starred

Snoozed

Sent

More

Labels

Notes

All folders ← obamacareplans.com

Home View Help

New mail | Delete | Archive | Move to | Report

**Your sign-in experience is changing** You'll stay signed in unless you use private browsing or explicitly sigr

**Favorites**

- Inbox **17513**
- Sent Items
- Drafts 28
- Your family **1**

**Folders**

- Inbox **17513**
- Junk Email 8
- Drafts 28
- Sent Items
- Deleted Items
- Archive
- Notes
- Conversation Histo...
- Search Folders
- Go to Groups **1**

All | Mail | Files | People | Has a

**We didn't find anything.**

Try a different keyword.