# EXHIBIT A

Zachary Z.
Managing Attorney at Zermay Law Group

Connect
Message

## All activity

Posts | Comments | Images | Reactions

**Zachary Z.** reposted this

**FSU Alumni Association**
19,388 followers
3w •

+ Follow

❄️ Tallahassee woke up today to a winter wonderland! Check out this shot of Westcott from College Ave. Stay safe and stay warm friends! Thanks to Erich Martin for this amazing shot!



3,309 · 54 comments · 199 reposts

Like | Comment | Repost | Send

**Zachary Z.** • 2nd
Managing Attorney at Zermay Law Group
1mo •

+ Follow

I was covering for another attorney in a criminal case and the client didn't show up to the felony pretrial conference. ...more

12 · 1 repost

Like | Comment | Repost | Send

**Zachary Z.** • 2nd
Managing Attorney at Zermay Law Group
2mo •

+ Follow

My favorite defense remark when I aggressively litigate my cases is: "Don't you have something better to do?"

Nope. Buckle up buckaroos. We are either going to trial, an appellate court, or settling. And I am in no rush to settle.

37 · 8 comments · 1 repost

Like | Comment | Repost | Send

Add a comment...

Most relevant

**Donald Homyk** • 3rd+ · 2mo
Member Board of Trustees at Yale Club of Chicago Foundation

Come on - be humble and try to resolve matters at every stage or you will get your ass kicked by long time trial lawyers like me. Your hubris makes me laugh

Like · 1 | Reply · 2 Replies

**Zachary Z.** Author · 2mo
Managing Attorney at Zermay Law Group

Thx "long time trial lawyer." Glad to see the old guard from the 80s catching up with social media shitposting.

But I'm gonna keep doing young guy trial lawyer thing of zipping dinosaurs at trial. To borrow from your generation "remer ...more

Like | Reply

Ad
Roy, unlock your full potential with LinkedIn Premium
Premium
See who's viewed your profile in the last 365 days
Try for Free

### People you may know
From Zachary's school

**Emily Beers**
Of Counsel at Morrison & Foerster LLP
Connect

**Emily Popp**
Counsel at Deloitte
Connect

**Sofia Arguello**
Antitrust & White Collar Litigator
Connect

**Angela Ramey**
Counsel at Reed Smith LLP
Connect

**John Chibbaro**
Environmental and Real Estate Attorney at Greenberg Traurig...
Connect

Show more

Promoted
FIU Business
**MS in Info Systems at FIU**
Develop business+tech expertise. Join an Online Info Session. RSVP
**Evangelia** also follows FIU Chapman Graduate School of...

Harvard Business School Executive Education
**Expand your viewpoint**
Connect with a world of new ideas. Learn more.
**Orlando** & 1 other connection also follow Harvard Business School...



LinkedIn Corporation © 2025

**Donald Homyk** • 3rd+ 2mo ···
Member Board of Trustees at Yale Club of Chicago Founda...

Zachary Z. So you acknowledge that you are shitposting. You will never be that long time trial lawyer if you keep that up. Good luck though- maybe I will see you in Court.

Like | Reply

Collapse replies

**J. Mark Moore** • 3rd+ 2mo ···
Aggressive class action/complex litigator for consumers and em...

I love it when exhausted BigLaw defense lawyers whose clients hate my doggedness tell me that I have all the discovery that I need to bring my class cert motion, or to mediate.

Thanks pal, I'll decide what I need.

Like · 4 | Reply · 1 Reply

**J. Mark Moore** • 3rd+ 2mo ···
Aggressive class action/complex litigator for consumers a...

Funny story, for another day, about what happened with that BigLaw firm hours after I posted this comment.

Like | Reply

Load more comments

---

**Zachary Z.** • 2nd + Follow ···
Managing Attorney at Zermay Law Group
2mo •

Happy to announce that after a trial by jury in South Florida, I secured a not guilty verdict on the felony charges of possession of dimethylpentylone, and tampering with evidence for my client. ...more

13 3 reposts

Like Comment Repost Send

---

**Zachary Z.** • 2nd + Follow ···
Managing Attorney at Zermay Law Group
3mo • Edited •

I do mostly do plaintiff's consumer protection and personal injury cases. But I take court appointed criminal defense work when requested by a judge despite the abysmal pay. And the pay is laughably bad. Ask any ...more

40 3 comments

Like Comment Repost Send

---

**Zachary Z.** • 2nd + Follow ···
Managing Attorney at Zermay Law Group
3mo •

Fun fact: If a Florida District Court of Appeal renders a PCA on a case which raised a federal question, you can directly file a cert petition with the United States Supreme Court.

3

Like Comment Repost Send

---

Zachary Z. reposted this ···

**Federal Trade Commission** + Follow
39,239 followers
4mo •

The FTC's Holder Rule: still holding strong. New on the Business Blog: https://bit.ly/3zS1Uxz

**The FTC's Holder Rule: still holding strong**
ftc.gov

11 1 repost

Like Comment Repost Send

---

**Zachary Z.** • 2nd + Follow ···
Managing Attorney at Zermay Law Group
3mo • Edited •

I gave a consultation to a rent controlled tenant having issues with an unlawful detainer action in Los Angeles. I didn't bill her. I just generally walked her through how to get the case dropped and move on with ...more

13

Like Comment Repost Send

---

**Zachary Z.** • 2nd + Follow ···
Managing Attorney at Zermay Law Group
4mo •

Good luck to anyone in Florida who has a loss in the upcoming hurricane--

whether or not they have property insurance. ...more

19 1 comment · 1 repost

Like Comment Repost Send

**Zachary Z.** • 2nd + Follow ···
Managing Attorney at Zermay Law Group
5mo •

In the latest example of "that's not how sanctions motions work in Florida state courts" a debt collector's lawyer has filed one against me and my client for asserting a third-party claim. His sanctions motion is based on ...more

2 3 comments

Like Comment Repost Send

**Zachary Z.** • 2nd + Follow ···
Managing Attorney at Zermay Law Group
5mo •

My favorite part about the answer brief that I just filed a reply to was the part where the Appellees repeatedly admitted that I preserved all of my arguments for appellate scrutiny by complaining that the trial judge ...more

2

Like Comment Repost Send

**Zachary Z.** reposted this ···

**ARDALAN MONTAZER** • 2nd + Follow
Trial Attorney for the People| Insurance claims, Auto Accidents,...
6mo •

Florida's Legislatures gave the insurance companies everything they asked for and the citizens of this state still got burned



**Castle Key Nonrenewing 33,000 Policies as Florida Mulls Special Session on Condos**
insurancejournal.com

9 2 reposts

Like Comment Repost Send

**Zachary Z.** • 2nd + Follow ···
Managing Attorney at Zermay Law Group
6mo •

Brad Lawson, who is in jail, is presumed under the law to be innocent of all of these crimes he committed against my family until the State proves his guilt beyond a reasonable doubt. ...more




6

Like Comment Repost Send