# EXHIBIT C

CLOSED,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25-mc-00034-DEH

Cacho v. Live Transfers, Inc.
Assigned to: Judge Dale E. Ho
Cause: M 18-302 Registration of Foreign Judgment

Date Filed: 01/17/2025
Date Terminated: 01/21/2025

**Plaintiff**

**Joshua Cacho**

represented by **Andrew T. Thomasson**
Thomasson PLLC
16414 San Pedro Avenue
Suite 700
78232-2272
San Antonio, TX 78232-2272
877-857-5733
Fax: 973-559-5579
Email: Andrew@Thomassonpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Live Transfers, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2025 | 1 | MISCELLANEOUS CASE INITIATING DOCUMENT - REGISTRATION OF FOREIGN JUDGMENT FROM UNITED STATES DISTRICT COURT Judgment # 43 in favor of Joshua Cacho against Live Transfers, Inc. in the amount of $ 49,902.00. Other Court Name: United States District Court - Western District of Texas. Other Court Case Number: 3:23-cv-00372-DCG. (Filing Fee $ 52.00, Receipt Number ANYSDC-30482490)Document filed by Joshua Cacho. (Attachments: # 1 Civil Cover Sheet MC Coversheet)(Thomasson, Andrew) (Entered: 01/17/2025) |
| 01/18/2025 | 2 | MOTION for Andrew T. Thomasson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30484401. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Joshua Cacho. (Attachments: # 1 Affidavit Andrew T. Thomasson, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice Admission).(Thomasson, Andrew) (Entered: 01/18/2025) |
| 01/18/2025 | 3 | PROPOSED ABSTRACT OF JUDGMENT. Filing fee $ 12.00, receipt number ANYSDC-30484406. Abstract of Judgment to be Mailed by the Court. Document filed by Joshua Cacho..(Thomasson, Andrew) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 01/18/2025) |
| 01/21/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 2 MOTION for Andrew T. Thomasson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30484401. Motion and supporting papers to be reviewed by** |

| | | |
|---|---|---|
| | | **Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/21/2025) |
| 01/21/2025 | | Case Designated ECF. (vba) (Entered: 01/21/2025) |
| 01/21/2025 | | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Dale E. Ho. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf-related-instructions. .(vba) (Entered: 01/21/2025) |
| 01/21/2025 | | *****NOTICE TO ATTORNEY TO REQUEST AN ABSTRACT OF JUDGMENT. Notice to Attorney Andrew T. Thomasson regarding 1 Registration of Foreign Judgment,,. A REGISTRATION OF FOREIGN JUDGMENT FROM UNITED STATES DISTRICT COURT has been received by the Court. No further action is required by the Clerk's office at this time. Please see ECF Filing Rules & Instructions 16.6 on how to request an Abstract of Judgment. (vba)** (Entered: 01/21/2025) |
| 01/22/2025 | | ABSTRACT OF JUDGMENT ISSUED on January 22, 2025, in favor of Joshua Cacho and against Live Transfers, Inc. in the amount of $49,902.00. Abstract of Judgment mailed by the Court.(km) (Entered: 01/22/2025) |
| 01/23/2025 | 4 | ORDER ADMITTING COUNSEL PRO HAC VICE granting 2 Motion for Andrew T. Thomasson to Appear Pro Hac Vice. The Clerk of Court is respectfully directed to terminate ECF No. 2.. (Signed by Judge Dale E. Ho on 1/23/2025) (ks) (Entered: 01/23/2025) |

---


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/14/2025 09:42:33 | | | |
| **PACER Login:** | roytaub001 | **Client Code:** | 49406.0024 |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-mc-00034-DEH |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |