# EXHIBIT D

CLOSED

# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: 3:25-mc-00001-TJC-LLL

Cacho v. RBM Insurance, Inc.
Assigned to: Senior Judge Timothy J. Corrigan
Referred to: Magistrate Judge Laura Lothman Lambert
Case in other court: Western District of Texas, 3:23-cv-00303-DB
Cause: 28:1963 Registration of judgment from another district

Date Filed: 01/14/2025
Date Terminated: 01/17/2025
Nature of Suit: 890 Other Statutory Actions

**Plaintiff**

**Joshua Cacho**

represented by **Zachary Z. Zermay**
Zermay Law, P.A.
3000 Coral Way
Suite 1115
Miami, FL 33145
239-699-3107
Email: zach@zermaylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RBM Insurance, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2025 | 1 | REGISTRATION of Foreign Judgment from USDC Western District of Texas (Filing fee $ 52.00, receipt number 37678) filed by Joshua Cacho. (Attachments: # 1 Copy of Order 13, # 2 Copy of Final Judgment 14, # 3 Copy of Order 15, # 4 Cover Letter, # 5 Civil Cover Sheet)(BD) (Entered: 01/17/2025) |
| 01/19/2025 | 2 | MOTION for Writ of Garnishment *as to Garnishee Bank of America, N.A.* by Joshua Cacho. (Attachments: # 1 Proposed Writ of Garnishment)(Zermay, Zachary) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 01/19/2025) |
| 01/19/2025 | 3 | MOTION for Writ of Garnishment *as to Garnishee First Federal Bank* by Joshua Cacho. (Attachments: # 1 Proposed Writ of Garnishment)(Zermay, Zachary) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 01/19/2025) |
| 01/22/2025 | 4 | MOTION for Writ of Garnishment, After Judgment as to Garnishee Patriot Growth Insurance Services LLC. by Joshua Cacho. (Attachments: # 1 Proposed Writ of Garnishment)(Zermay, Zachary) Motions referred to Magistrate Judge Laura Lothman Lambert. Modified text on 1/23/2025 (BD). (Entered: 01/22/2025) |
| 02/04/2025 | 5 | **ENDORSED ORDER directing supplemental briefing. On or before February 7, 2025, plaintiff shall file supplemental briefing, not to exceed five pages, detailing the post-judgment interest calculations that brings the total judgment to $160,962.86 (plus additional post-judgment interest). See docs. 1-3 at 1; 2 at 4; 3 at 2; 4 at 2. Signed by Magistrate Judge Laura Lothman Lambert on 2/4/2025. (BJR)** (Entered: 02/04/2025) |

| | | |
|---|---|---|
| 02/07/2025 | 6 | PLAINTIFF'S BRIEF re 5 Endorsed Order *Supplemental Briefing in Support of Motions for Writ of Garnishment, After Judgment* (Docs 2, 3 & 4) filed by Joshua Cacho. (Zermay, Zachary) Modified on 2/10/2025 to edit text. (FLY) (Entered: 02/07/2025) |

---



| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/14/2025 09:39:35 | | | |
| **PACER Login:** | roytaub001 | **Client Code:** | 49406.0024 |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-mc-00001-TJC-LLL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |