# EXHIBIT E

ACCO,CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
# CIVIL DOCKET FOR CASE #: 8:25-mc-00004-UA

Joshua Cacho v. United Tax Defense LLC et al
Assigned to: Judge Unassigned
Case in other court: USDC Western District of Texas El Paso Division, 3:23-cv-00317-DB
Cause: Civil Miscellaneous Case

Date Filed: 01/15/2025
Date Terminated: 01/16/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Joshua Cacho**

represented by **Zachary Z Zermay**
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Miami, FL 33145
239-699-3107
Email: Zach@ZermayLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United Tax Defense LLC**

**Defendant**

**Gary Craig**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2025 | 1 | REGISTRATION OF OUT OF DISTRICT JUDGMENT Receipt No: ACACDC-38920378 - Fee: $52, filed by plaintiff Joshua Cacho. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet) (Attorney Zachary Z Zermay added to party Joshua Cacho(pty:pla))(Zermay, Zachary) (Entered: 01/15/2025) |
| 01/16/2025 | 2 | Affidavit and Request for Issuance of Writ of Execution filed by Plaintiff Joshua Cacho. (Attachments: # 1 Writ of Execution)(Zermay, Zachary) (Entered: 01/16/2025) |
| 01/21/2025 | 3 | NOTICE OF DEFICIENCY RE WRIT OF EXECUTION. The document is being returned to you for correction of: Entered date listed on the writ/abstract does not match the entered date of the judgment/order. The correct Entered Date is 1/15/2025. (gk) (Entered: 01/21/2025) |
| 02/02/2025 | 4 | Affidavit and Request for Issuance of Writ of Execution filed by Plaintiff Joshua Cacho. (Attachments: # 1 WRIT OF EXECUTION)(Zermay, Zachary) (Entered: 02/02/2025) |
| 02/03/2025 | 5 | Writ of Execution issued against United Tax Defense LLC and Gary Craig re: Affidavit and Request for Issuance of Writ of Execution 4 . (gk) (Entered: 02/03/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/14/2025 06:35:29 | | | |
| **PACER Login:** | roytaub001 | **Client Code:** | 49406.0024 |
| **Description:** | Docket Report | **Search Criteria:** | 8:25-mc-00004-UA End date: 2/14/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |