# EXHIBIT G

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CASE №: 3:25-mc-00001-TJC-LLL**

JOSHUA CACHO,

Plaintiff,

v.

RBM INSURANCE, INC. d/b/a ALLIANCE
& ASSOCIATES FINANCIAL SERVICES, INC.,

Defendants,
_______________________________________/

**SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTIONS FOR WRIT OF GARNISHMENT, AFTER JUDGMENT [DOCS. 2, 3, 4]**

Plaintiff, Joshua Cacho, by his attorneys, and pursuant to the Court's Directive (Doc. 5), respectfully submits this Supplemental Briefing in support of his Motions for a Writ of Garnishment Directed to Bank of America, N.A. (Doc. 2), First Federal Bank (Doc. 3), and Patriot Growth Insurance Services LLC (Doc. 4) "detailing the post-judgment interest calculations that brings the total judgment to $160,962.86."

## I. RELEVANT FACTUAL & PROCEDURAL HISTORY

On March 13, 2024, the United States District Court for the Western District of Texas entered an Order for Default Judgment totaling $158,552.00 "**plus interest on the judgement at the legal rate** until the judgement is satisfied," in Mr. Cacho's favor, and against RMB Insurance Inc. [Doc. 1-3.] (Emphasis added).

On March 14, 2024, the Western District of Texas entered a Final Judgment

based on the foregoing Order for Default Judgment ("Judgment"). [Doc. 1-2.]

On January 14, 2025, Mr. Cacho registered his Judgment in this District. [Doc. 1.]

On December 9, 2024, Mr. Cacho successfully levied RBM's bank account at Bank of of America, N.A., in Pennsylvania for $4,437.36.

On January 19, 2025, Mr. Cacho filed a Motion for Writ of Garnishment as to Garnishee Bank of America, N.A. (Doc. 2) and a Motion for Writ of Garnishment as to Garnishee First Federal Bank (Doc. 3). Both Motions assert:

> As of [1/19/25], **$160,875.74 remains due and owing** on RBM's Judgment balance plus accruing post-judgment interest under 28 U.S.C. § 1961.

[Docs. 2 (at 2, ¶3) and 3 (at 2, ¶3).] On January 22, 2025, Mr. Cacho filed a Motion for Writ of Garnishment as to Garnishee Patriot Growth Insurance Services LLC.

> As of [1/22/25], **$160,962.98 remains due and owing** on RBM's Judgment balance plus accruing post-judgment interest under 28 U.S.C. § 1961.

[Doc. 4 (at 2, ¶3) and 3 (at).]

On February 4, 2025, the Court entered an Order (Doc. 5) directing that:

> On or before February 7, 2025, plaintiff shall file supplemental briefing, not to exceed five pages, detailing the post-judgment interest calculations that brings the total judgment to $160,962.86 (plus additional post-judgment interest). See docs. 1-3 at 1; 2 at 4; 3 at 2; 4 at 2.

## II. LEGAL ARGUMENTS

A final judgment certified and entered under the authority of Rule 54(b) is a judgment for all purposes. Fed. R. App. P. 4(a). Post-judgment interest is calculated "from the date of the entry of the judgment." 28 U.S.C. § 1961(a); see *Kaiser Aluminum & Chem. Corp. v. Bonjorno*, 494 U.S. 827, 835 (1990). Interest runs on a Rule 54(b) judgment under 28 U.S.C. § 1961, just as it would on any other judgment. Further, 28 U.S.C. § 1961(a) it provides, in relevant part:

> Interest shall be allowed on any money judgment in a civil case recovered in a district court….Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.

(Emphasis added). Mr. Cacho's Judgment was entered on March 14, 2024, and 5.02% was the "the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the [J]udgment."

### *A. The Calculation of Mr. Cacho's Judgment Interest.*

Mr. Cacho's Judgment accrues daily interest of $21.81 per day, and it has accrued since March 14, 2024. Here is Mr. Cacho's Math:

**Judgment Date:** 3/14/24

**Judgment Amount:** $158,552.00

**Interest Rate:** 5.02%

**Interest Per Diem:** $21.81/day *($158,552 x 5.02% = $7,959.31 / 365 = $21.81)*

**BoA Garnish Date:** 12/9/24

**Accrued Interest:** $5,888.70 (*as of 12/9/24 ….. 270 days x $21.81 = $5,888.70*)

**Judgment Balance on 12/9/24:** $164,440.70 *($158,552.00 + $5,888.70 = $164,440.70)*

**BoA Garnish Amount:** $4,437.36

**NEW Balance on 12/9/24:** $160,003.34 *($164,440.70 - $4,437.36 = $160,003.34)*

**Accrued Interest 12/9/24 to 1/18/25:** $872.40 *(40 days x $21.81 = $872.40)*

**Balance on 1/18/24:** $160,875.74 *($160,003.34 + 872.40 = $160,875.74)*

****

WHEREFORE, Plaintiff, Joshua Cacho, respectfully requests the Court enter an Order granting his Motions and directing the Clerk of Court to issue Writs of Garnishment in the amount the Court deems just and proper.

DATED: February 7, 2025

Respectfully Submitted,
**ZERMAY LAW, P.A.**

Zachary Z. Zermay, Esq.
Florida Bar №: 1002905
3000 Coral Way, Suite 1115
Coral Gables, FL 33145
Email: zach@zermaylaw.com
Telephone: (305) 767-3529
*Lead Counsel for Plaintiff, Joshua Cacho*