# EXHIBIT H

Zermay Law, P.A.
Zachary Z. Zermay (SBN 330221)
3000 Coral Way, Suite 1115
Coral Gables, FL 33145
(305) 209-2504
zach@zermaylaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA CACHO<br><br>PLAINTIFF(S)<br>v.<br>UNITED TAX DEFENSE LLC, and GARY CRAIG<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-mc-00004<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☐ State of California, County of ______

☒ State of Florida, County of Miami-Dade

I, Zachary Z. Zermay hereby state under penalty of perjury that,

1. Judgment for $ 76,052.00 was entered on 01/15/2025 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of JOSHUA CACHO as Judgment Creditor, and against UNITED TAX DEFENSE LLC and GARY CRAIG as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 3:23-cv-00317-DB in the United States District Court for the Western District of Texas and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Western District of Texas are the following sums:
   $ 3,169.38 accrued interest, computed at 5.02 % *(See note.)*
   $ 52.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Coral Gables, State of Florida, this 31st date of January, 2025.

Zachary Z. Zermay
Signature

***Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

Zermay Law, P.A.
Zachary Z. Zermay (SBN 330221)
3000 Coral Way, Suite 1115
Coral Gables, FL 33145
(305) 209-2504
zach@zermaylaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CACHO<br><br>Plaintiff(s)<br><br>v.<br><br>UNITED TAX DEFENSE LLC and<br>GARY CRAIG<br><br>Defendant(s) | CASE NUMBER:<br>CV- **8:25-mc-00004**<br><br>**WRIT OF EXECUTION** |

**TO: THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On January 15, 2025 a judgment was entered in the above-entitled action in favor of:

JOSHUA CACHO

as Judgment Creditor and against:

UNITED TAX DEFENSE LLC and
GARY CRAIG

as Judgment Debtor, for:

$ 75,500.00 Principal,
$ 0.00 Attorney Fees,
$ 0.00 Interest **, and
$ 552.00 Costs, making a total amount of
$ **76,052.00** **JUDGMENT AS ENTERED**

****NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Western **District of** Texas, to wit:

$ 3,169.38 accrued interest, and
$ 52.00 accrued costs, making a total of
$ **3,221.38** **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 79,419.82 **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 76,052.00 Is due on the judgment as entered and bears interest at 5.02 percent per annum, in the amount of $ 10.46 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: ______________________ By: ______________________
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

UNITED TAX DEFENSE LLC
Attn: Tyler Haddad-Smith
3200 Park Center Dr.
Costa Mesa, CA 92627

UNITED TAX DEFENSE LLC
2062 Valley Rd
Costa Mesa, CA 92627-4042

GARY CRAIG
2062 Valley Rd
Costa Mesa, CA 92627-4042

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.