# EXHIBIT I

ABSTRACT OF JUDGMENT

**Re:** Joshua Cacho vs. Live Transfers, Inc.

**Case Number:** 1:25-mc-00034

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| LIVE TRANSFERS, INC.<br>535 Fifth Avenue, 4th Floor<br>New York, New York 10017 | JOSHUA CACHO<br>c/o Andrew T. Thomasson, Esq.<br>Thomasson PLLC<br>16414 San Pedro Avenue, Suite 700<br>San Antonio, Texas 78232-2272 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $49,902.00 | Andrew T. Thomasson, Esq.<br>Thomasson PLLC<br>16414 San Pedro Avenue, Suite 700<br>San Antonio, Texas 78232-2272 | July 31, 2024 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE - U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York **, New York**

**TAMMI M. HELLWIG, Clerk of Court**

______________________________

**By,** **Deputy Clerk**