# EXHIBIT J

**Roy Taub**

---

**From:** Jeffrey Backman
**Sent:** Friday, February 14, 2025 9:52 AM
**To:** Andrew T. Thomasson; Roy Taub
**Cc:** Zachary Z. Zermay; Nikki Charette; {F15821341}.Active@gmlaw.imanage.work
**Subject:** RE: Cacho v. USHA — Motion for Sanctions [IMAN-ACTIVE.FID15821341]

Based on your representation that the enlargement is needed because Mr. Cacho is unreachable and you're unable to act on his behalf, we will not oppose a motion to extend your response deadline under those circumstances.

GreenspoonMarder LLP
Jeffrey A. Backman, Esq.
Greenspoon Marder LLP
Partner
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Direct Phone Number - (954)734-1853
Email: jeffrey.backman@gmlaw.com
www.gmlaw.com

---

**From:** Andrew T. Thomasson <Andrew@thomassonpllc.com>
**Sent:** Friday, February 14, 2025 9:04 AM
**To:** Jeffrey Backman <Jeffrey.Backman@gmlaw.com>; Roy Taub <Roy.Taub@gmlaw.com>
**Cc:** Zachary Z. Zermay <zach@zermaylaw.com>; Nikki Charette <Nikki@thomassonpllc.com>
**Subject:** Cacho v. USHA — Motion for Sanctions

---

**[External Sender]**

Gentlemen, today is Mr. Cacho's deadline to respond to your Sanctions Motion. He remains in the hospital in El Paso and unreachable. He's in terrible condition. Will you please favor Mr. Cacho with a short 10 day extension of his response deadline?

ATT

Sent from my iPhone