UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA CACHO, a Florida Resident

    Plaintiff,

v.                          Case No: 6:23-cv-737-CEM-UAM

USHEALTH ADVISORS, LLC and
USHEALTH GROUP, INC,

    Defendants.

### ORDER

On January 24, 2025, Plaintiff filed his motion to stay proceedings and compel arbitration. (Doc. 92). The Court deferred ruling on the motion to compel arbitration and otherwise denied the motion. (Doc. 97). Plaintiff has now filed a notice withdrawing the motion to compel arbitration. (Doc. 105). Accordingly, and upon due consideration, Plaintiff's motion to compel arbitration (Doc. 92) is terminated as **moot**.

**DONE** and **ORDERED** in Ocala, Florida on April 1, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties