# EXHIBIT "A"

- Infants (age 2 and under) traveling in the lap of an adult (age 13+) passenger ride free. An infant traveling free may occupy a vacant adjacent seat only if the seat is not needed for a fare-paying passenger. Advance notice required. Be sure to add infants to your reservation passenger details.
- Additional infants under the age of 3 accompanied by an adult traveler require a seat.

## Changes, cancelations & refunds

We will notify the user who made the reservation of any delay or cancelation affecting their reservation. Failure to provide an accurate email address and mobile phone number when making train reservations will result in our inability to communicate directly with users regarding delays, cancelations or other schedule changes. We bear no responsibility to notify users who do not provide an accurate email address.

## Changes Fees

Smart Saver fares are not able to be changed. There are no change fees for Smart or Premium fares.

## Cancelation policy

SMART SAVER tickets canceled at any point up to 30 minutes prior to their scheduled train departure are charged a 90% cancelation fee and 10% of the original value of the ticket will be returned in the form of a credit. SMART tickets canceled more than 48 hours prior to their scheduled train departure are not subject to a cancelation fee and 100% of the original value of the ticket will be returned in the from of a credit. SMART tickets canceled less than 48 hours prior to their scheduled train departure are charged a 50% cancelation fee and 50% of the original value of the ticket will be returned in the form of a credit. PREMIUM tickets canceled more than 48 hours prior to their scheduled train departure are not subject to a cancelation fee and 100% of the original value of the ticket will be returned in the form of a credit, however a credit will not be issued if the ticket was used to enter the PREMIUM lounge at any time. PREMIUM tickets canceled less than 48 hours prior to their scheduled train departure are charged a 50% cancelation fee and 50% of the original value of the ticket will be returned in the form of a credit. Additional refund fees may apply if stated at time of purchase. Cancelations made within 30 minutes of scheduled departure will cancel the entire reservation and are subject to a cancelation fee of 100% of the original value of the ticket. Non-refundable. In this instance, the passenger will not receive a credit of any amount and will forfeit the value of the ticket.

Reservations canceled by Brightline will be automatically rebooked on the next available train(s), when available, at no charge and Brightline credits will be issued to the ticket holder for future use. If the ticket was purchased while signed into a Brightline Account, credits will automatically appear within the account within one (1) business day. If the ticket was purchased while the user was not signed into a Brightline Account, we'll send an email to the address provided during booking with a link to access your credit upon creating an account. The email will come from Hello@GoBrightline.com—please check your junk mail.

If you believe you're eligible for credits not received, please contact us at Hello@GoBrightline.com with the following information to request a credit: Name(s) on ticket(s), date of reservation and ticket #.

Credits issued vary based on the severity of the delay due to cancelation and expire within 90 days of issuance. Upgrade fees are non-refundable.

# Baggage policy

## Carry-on Items

Up to two (2) carry-on items per passenger are allowed on board our trains, subject to space availability. Each standard size carry-on item must not exceed 50 lbs. (22 kg) in weight and 28" x 22" x 14" (71 x 56 x 35 cm) or 64 linear inches (162 linear cm) in exterior dimensions. Items must fit comfortably within the overhead luggage area, under the seat or in the luggage tower available in each train coach. Items may not be stored in empty seats, aisles, vestibules or other areas where they present a safety hazard or cause annoyance to other passengers. We will determine in our sole discretion which items may impact the safety, well-being or comfort of other passengers and reserves the right to move or deny the storage of any item. Examples of these items may include garbage bags, cardboard boxes and plastic tubs.

Oversized or overweight carry-on items are accepted for an additional fee - see fee schedule. Oversized or overweight carry-on items must be checked at the in-station Guest Services counter and tagged 20 minutes prior to the passenger's train boarding time. Oversized or overweight carry-on items are allowed up to 33" x 22" x 15" (84 x 56 x 38 cm) in exterior dimensions and up to 70 lbs. (32 kg) in weight. You must be physically capable of stowing your item safely and it must not block aisles, or doors, occupy patron seating or interfere with other patrons or otherwise cause a tripping hazard. Oversized or overweight carry-on baggage is subject to space availability.

Additional small personal items needed for the duration of the trip may be carried on the train and will not count toward the carry-on allowance. Such items include but are not limited to:

- Required medical devices and containers