**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA CACHO, **CASE NO.:** 6:23-cv-737-CEM-NWH

Plaintiff,

v.

USHEALTH ADVISORS, LLC and
USHEALTH GROUP, INC.,

Defendants.
______________________________/

**JOINT MOTION TO STAY PROCEEDINGS**
**PENDING RESOLUTION OF PENDING MOTIONS AND**
**OBJECTION AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Joshua Cacho and Defendants USHEALTH Advisors, LLC ("USHA") and USHEALTH, Inc. ("USHG"), by and through undersigned counsel, hereby jointly file this motion for a stay of case deadlines and further proceedings in this case pending resolution of Plaintiff's Motion for Voluntary Dismissal with Prejudice, (Dkt. No. 107), Defendants' two Motions for Sanctions, (Dkt. Nos. 108 and 109), and Plaintiff's Objection to the Court's Order awarding sanctions, (Dkt. No. 146), and in support thereof state as follows.

## I. APPLICABLE LEGAL STANDARDS

District courts have broad discretion and the inherent power to control their dockets and manage their cases, including by staying discovery. *Perez v. Miami–Dade County*, 297 F.3d 1255, 1263 (11th Cir. 2002). The Eleventh Circuit "emphasizes the responsibility of trial courts to manage [proceedings] in order to

avoid a massive waste of judicial and private resources and a loss of society's confidence in the court's ability to administer justice." *Id.* (internal quotations omitted). A stay is appropriate "if there is good cause, such as 'the elimination of unnecessary expenditures of time, money, and other resources.'" *Morat v. Cingular Wireless LLC*, No. 3:07-cv-1057-J-20JRK, 2008 WL 11336388, *1 (M.D. Fla. Feb. 14, 2008).

## II. A STAY IS WARRANTED IN THIS CASE

Under the Case Management and Scheduling Order, the deadline for the joint pretrial meeting is June 27, 2025, the joint final pretrial statement and other pretrial filings are due July 7, 2025, a trial status conference is set for July 17, 2025, and this case is set for the August 2025 trial term. Given the posture of the case, which includes a fully-briefed motion to voluntarily dismiss with prejudice, two motions for sanctions, and an objection to an order awarding sanctions, (Dkt. Nos. 107-109, 140), the parties respectfully submit that staying the case deadlines pending the Court's resolution of these motions would avoid the unnecessary expenditure of party and judicial resources in further proceedings on this matter.

The parties agree that efforts spent preparing for a trial under these circumstances would require unnecessary expenditures of time, money, and judicial resources. To avoid devoting further resources to this case, and likely further calling upon the Court to resolve motions or other disputes, while awaiting the terms or conditions (if any) upon which the Court may permit Plaintiff's requested dismissal, which may be dependent upon the Court's rulings on the

sanctions motions, the parties respectfully submit there is good cause to stay proceeding pending the resolution of the pending motions and objection, *i.e.*, Dkt. Nos. 107, 108, 109, 146.

## CONCLUSION

For the foregoing reasons, Plaintiff Joshua Cacho and Defendants USHEALTH Advisors, LLC and USHEALTH Group, Inc., respectfully and jointly request entry of an order staying the case deadlines and further proceedings in this case pending the Court's resolution of Plaintiff's Motion for Voluntary Dismissal with Prejudice, (Dkt. No. 107), Defendants' two Motions for Sanctions, (Dkt. Nos. 108 and 109), and Plaintiff's Objection to the Court's Order awarding sanctions, (Dkt. No. 146).

Dated: June 18, 2025

Respectfully submitted,

ZERMAY LAW, P.A.
Zachary Z. Zermay
203 Labelle Avenue
Fort Myers, FL 33905
(239) 699-3107
zach@zermaylaw.com

THOMASSON PLLC

*<u>/s/ Andrew T. Thomasson</u>*
Andrew T. Thomasson
16414 San Pedro Avenue, Suite 700
San Antonio, TX 78232-2272
(877) 857-5733
Fax: (973) 559-5579
Andrew@Thomassonpllc.com

*Attorneys for Plaintiff*

GREENSPOON MARDER LLP

*<u>/s/ Jeffrey A. Backman</u>*
Jeffrey A. Backman (Bar No. 662501)
Roy Taub (Bar No. 116263)
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 343-6958
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on June 18, 2025, a true and correct copy of the foregoing was electronically filed on the Court's CM/ECF document filing system, which will send notice of filing and a service copy to all counsel of record.

By: *__/s/ Jeffrey A. Backman__*
JEFFREY A. BACKMAN