**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA CACHO,

Plaintiff,

v.

USHEALTH ADVISORS, LLC and
USHEALTH GROUP, INC.,

Defendants.
_______________________________/

**CASE NO.:** 6:23-cv-737-CEM-NWH

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants USHEALTH Advisors, LLC ("USHA") and USHEALTH Group, Inc. ("USHG"), pursuant to Local Rule 3.01(j), hereby give notice of supplemental authority as follows:

**(1) Citation of the authority**: *McCormick v. Texakoma Fin., Inc.*, No. 4:25-cv-773, 2026 WL 1746259 (E.D. Tex. June 11, 2026).

**(2) The issue or argument the authority supplements**: USHA's arguments in addressing the declaration submitted by Amy L.B. Ginsburg, Esq. (Dkt. Nos. 121-2 & 122-2), as inaccurate and false. *See*, *e.g.*, Dkt. No. 134 at 2-3; Dkt. No. 136 at ¶¶ 3-16. Ms. Ginsburg's submission was made in opposition to two of USHA's Motions for Sanctions, and those motions are also addressed in the parties' briefing on Plaintiff's Motion for Voluntary Dismissal with Prejudice. *See* Dkt. Nos. 107-109.

**(3) Quotation from the authority**:

> [T]he Court finds that Ginsburg's explanation for her errors is not credible. Therefore, even though Ginsburg claims she is taking ownership of her mistakes, the Court finds otherwise. In the Court's view, Ginsburg's story is a contrived attempt to shift the blame to others. Appropriate sanctions will therefore follow.
>
> * * * * *
>
> The Court does not believe Ginsburg's representation that she assumed her intern or law clerk was merely having difficulty locating the correct case or citation after she reviewed their draft.
>
> * * * * *
>
> Under these circumstances, the Court does not believe Ginsburg's explanation that the wrong version of a corrected brief was filed.
>
> * * * * *
>
> Ginsburg claims that she is taking ownership of her mistakes, but her actions say otherwise. Rather than owning up to her ethical violations, Ginsburg came forward with a half-baked, last-minute story that shifts the blame to everyone but herself and raises more questions than answers. The Court does not believe it. Instead, the Court finds Ginsburg's narrative was a failed attempt to avoid responsibility.

*McCormick*, 2026 WL 1746259 at *5, 6, 7, 8.

DATED: July 13, 2026

GREENSPOON MARDER LLP

*/s/ Roy Taub*

Jeffrey A. Backman (Bar No. 662501)
Roy Taub (Bar No. 116263)
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 343-6958
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 13, 2026 , a true and correct copy of the foregoing was electronically filed on the Court's CM/ECF document filing system, which will send notice of filing and a service copy to all counsel of record.

*/s/ Roy Taub*
ROY TAUB