**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA CACHO, **CASE NO.:** 6:23-cv-737-CEM-NWH

Plaintiff,

v.

USHEALTH ADVISORS, LLC and
USHEALTH GROUP, INC.,

Defendants.
_____________________________/

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants USHEALTH Advisors, LLC ("USHA") and USHEALTH Group, Inc. ("USHG"), pursuant to Local Rule 3.01(j), hereby give notice of supplemental authority as follows:

**(1) Citation of the authority**: *Pierce v. Real Time Resolutions, Inc.*, No. 1:23-cv-01431-DAE, 2025 WL 4475750 (W.D. Tex. Oct. 22, 2025).

**(2) The issue or argument the authority supplements**: USHA's motions for sanctions against Plaintiff and his counsel, including for discovery violations similar to those in this case, and more generally counsel's misconduct and lack of credibility. Both of Plaintiff's counsel in this case represented the plaintiffs in *Pierce*, along with Amy L.B. Ginsburg. The relevant pending motions or requests for relief before the Court are USHA's two Motions for Sanctions, Plaintiff's Motion for Voluntary Dismissal with Prejudice, and Plaintiff's Rule 72(a) Objection. *See* Dkt. Nos. 107-109, 146.

**(3) Quotation from the authority**:

> Defendants served discovery requests by e-mail to Plaintiffs' counsel without objection on June 20, 2025 and again by mail on August 5, 2025. Plaintiffs' responses were due at least by September 8, 2025, but they did not timely respond, produce documents, or appear for deposition.
>
> * * * * *
>
> In his written materials and arguments to the Court, Mr. Thomasson has repeatedly accused opposing counsel of lies, fraud, and other criminal and unethical behavior, without reasonable basis. The personal attacks in his emails are worse. E.g., Dkt. 100-1 at 47 (telling opposing counsel: "I understand you are experiencing personal problems with your husband who left you. You shouldn't let your personal problems interfere with resolving your client's case ...."). His behavior in this case is far below the standards of the Local Rules requiring counsel to cooperate (AT-4(a)) and "treat all other lawyers, all parties, and all witnesses courteously, not only in court, but also in other written and oral communication" (AT-4(d)).
>
> This Magistrate Judge **RECOMMENDS** that the District Court exercise its inherent power and impose a sanction of $500 against Mr. Thomasson to deter his inappropriate behavior throughout the duration of this litigation.

*Pierce*, 2025 WL 4475750 at *1, 3.

DATED: July 13, 2026

GREENSPOON MARDER LLP

<u>*/s/ Roy Taub*</u>

Jeffrey A. Backman (Bar No. 662501)
Roy Taub (Bar No. 116263)
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 343-6958
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 13, 2026 , a true and correct copy of the foregoing was electronically filed on the Court's CM/ECF document filing system, which will send notice of filing and a service copy to all counsel of record.

*/s/ Roy Taub*
ROY TAUB